LawClerk:McKeon, PARTCONS, TERMINATED

**U.S. District Court**
**District of Oregon (Portland)**
**CIVIL DOCKET FOR CASE #: 3:04-cv-01144-HU**
**Internal Use Only**

Dalles Irrigation District v. United States of America et al
Assigned to: Magistrate Judge Dennis J. Hubel
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 08/19/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Dalles Irrigation District**

represented by **Arden E. Shenker**
Shenker & Bonaparte LLP
One S.W. Columbia
Suite 475
Portland, OR 97204
(503) 294-1118
Fax: (503) 294-0015
Email: ashenker@ashenkeresq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Herbert C. Sundby**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204-2902
(503) 727-1026
Fax: (503) 727-1117
Email: herb.sundby@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
United States Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, OR 97204-2902
(503) 727-1013
Fax: (503) 727-1117
Email: jeff.handy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Interior**

represented by **Herbert C. Sundby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
(See above for address)
*LEAD ATTORNEY*

Certified to be a true and correct copy of original filed in my office
Dated 7-29-2005
Donald M. Cinnamond, Clerk
By [signature] Deputy

*ATTORNEY TO BE NOTICED*

**Defendant**

**Gale Norton**
*Secretary of the Interior*

represented by **Herbert C. Sundby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Bureau of Reclamation**

represented by **Herbert C. Sundby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John W Keys, III**
*Commissioner of Reclamation*

represented by **Herbert C. Sundby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bill McDonald**
*Regional Director of the Pacific Northwest Regional Office of Reclamation*

represented by **Herbert C. Sundby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Handy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2004 | 1 | Complaint. Filing [redacted] Receipt No. 178397 issued. Summons issued as to John Ashcroft, Karin Immergut, John W. Keys, III, Bill McDonald and Gale Norton.Filed by Dalles Irrigation District against John W Keys III, Bill McDonald, Gale Norton, United States Bureau of Reclamation, United States Department of Interior, United States of America.(ecp, ) (Entered: 08/20/2004) |
| 08/18/2004 | 2 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment. Discovery to be completed by 12/16/2004. Joint Alternate Dispute Resolution Report due by 1/15/2005.Pretrial Order due by 1/15/2005. (ecp, ) (Entered: 08/20/2004) |
| 08/27/2004 | 3 | Return of Service of summons and complaint. Service executed upon United States Defendants, Karin Immergut on 8/24/04. Filed by Dalles Irrigation District. (ljl, ) (Entered: 08/30/2004) |

| | | |
|---|---|---|
| 09/09/2004 | | *** Case Flags Edited. 9/9/04 flag set. (kb, ) (Entered: 09/09/2004) |
| 10/21/2004 | 4 | Federal Defendants' Answer. Filed by John W Keys III, Bill McDonald, Gale Norton, United States Bureau of Reclamation, United States Department of Interior, United States of America.(ecp, ) (Entered: 10/22/2004) |
| 10/25/2004 | 5 | **RECORD OF ORDER by Judge Dennis J. Hubel:** A Rule 16 Conference is set on November 18, 2004, at 10:00 a.m., to be held by telephone. The court will place the call. Local Rules 16.2(b) and 26.1(a)(b) require that counsel confer prior to the conference. At the conference, counsel should be prepared to discuss the status of the case, relevant dates and deadlines, and any other significant issues. Plaintiff shall advise the court at the conference whether or not there will be full consent to proceed before magistrate judge in the case. If consents are going to be filed, it is helpful if they are filed prior to the time of the conference, particularly with respect to the setting of trial. (kb, ) (Entered: 10/25/2004) |
| 11/08/2004 | 6 | **RECORD OF ORDER by Judge Dennis J. Hubel:** Pursuant to the request of counsel for defendants, the Rule 16 Conference, currently set on 11/18/04, is RESET to November 19, 2004, at 11:00 a.m. by telephone. The court will place the call. (kb, ) (Entered: 11/08/2004) |
| 11/10/2004 | 7 | Fed. R. Civ. P. 26(a)(1) Agreement. Filed by Dalles Irrigation District.(Shenker, Arden) (Entered: 11/10/2004) |
| 11/19/2004 | 8 | **Record of Rule 16 Conference held before Judge Dennis J. Hubel:** ORDER - setting the following new case schedule: Pursuant to counsels' report at this proceeding, the requirement for a Joint ADR Report is deemed satisfied. Fact Discovery to be completed by 2/28/2005. Dispositive Motions due by 3/14/2005. Expert Discovery to be completed by 8/31/2005. Pretrial Order due by 9/13/2005. A 4-day Jury Trial is set to commence on October 18, 2005 at 9:00 a.m. A pretrial conference will be set and a separate jury trial management order issued at a later date by the trial judge. Arden Shenker present as counsel for plaintiff(s). Jeffrey Handy present as counsel for defendant(s). Court Reporter or Tape No.: KB/FTR. Dennis J. Hubel presiding. (kb, ) (Entered: 11/19/2004) |
| 02/09/2005 | 9 | Stipulation *for Extension of Discovery and Time for the Filing of Dispositive Motions* by all plaintiffs. Filed by all plaintiffs. (Shenker, Arden) (Entered: 02/09/2005) |
| 02/14/2005 | 10 | **RECORD OF ORDER by Judge Dennis J. Hubel:** The parties Stipulation for Extension of Discovery and Time for Filing of Dispositive Motions is GRANTED. The deadline for completion of fact discovery is extended to April 1, 2005. The deadline for teh filing of dispositive motions is extended to April 15, 2005. All other deadlines and proceedings remain as previously set. Any further request for extension of a case deadline will be set for hearing. (kb, ) (Entered: 02/14/2005) |
| 03/30/2005 | 11 | Motion (Stipulation) for Extension of Discovery & Dispositive Motions. Filed by Federal Defendants. (ljl, ) (Entered: 03/31/2005) |
| 04/06/2005 | 12 | RECORD OF ORDER by Judge Dennis J. Hubel: A telephone hearing is set on the parties' Stipulation for Extension of Discovery and Time for Filing of Dispositive Motions [#11] on April 14, 2005, at 11:00 a.m. The court will place the call. (kb, ) (Entered: 04/06/2005) |
| 04/08/2005 | 13 | Notice of Appearance of attorney Herbert C. Sundby. Filed by Herbert C. Sundby appearing on behalf of United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald.(ljl, ) (Entered: 04/12/2005) |
| 04/14/2005 | 14 | **Record of Proceedings held before Judge Dennis J. Hubel:** ORDER - The parties' stipulated motion for extension of deadlines [#11] is GRANTED as follows: Fact Discovery to be completed by 6/3/2005. Any objection to plaintiff's jury demand due 6/17/05. Dispositive Motions due by 6/17/2005. Expert Discovery to be completed by 12/5/2005. Pretrial Order due by 12/20/2005. 4-day Jury Trial is RESET to January 24, 2006, at 9:00 a.m. A pretrial conference will be set and a separate jury trial management order issued at a later date by the trial judge. Arden E. Shenker present as counsel for plaintiff(s). Herbert Sundby; Jeffrey Handy present as counsel for defendant(s). Court Reporter: KB/FTR. (kb, ) (Entered: 04/14/2005) |
| 05/23/2005 | | ### Individual Party Consent to jurisdiction by US Magistrate Judge filed by United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald. (ljl, ) (Entered: 05/24/2005) |

| | | |
|---|---|---|
| 06/07/2005 | 15 | Stipulated Motion for Extension of Time. Filed by United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald. (ljl, ) (Entered: 06/08/2005) |
| 06/07/2005 | 16 | Declaration of Herbert C. Sundby. Filed by United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald. (Related document(s): Motion for Extension of Time15.)(ljl, ) (Entered: 06/08/2005) |
| 06/07/2005 | 17 | Certificate of Service by United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald re Motion for Extension of Time15, Declaration, 16. Filed by United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald. (ljl, ) (Entered: 06/08/2005) |
| 06/15/2005 | 18 | **RECORD OF ORDER by Judge Dennis J. Hubel:** The parties' Stipulated Motion for Extension of Time 15 is set for a telephone hearing on June 22, 2005, at 10:00 a.m. The court will place the call. (kb, ) (Entered: 06/15/2005) |
| 06/22/2005 | 19 | **Record of Proceedings held before Judge Dennis J. Hubel:** ORDER - The parties' Stipulated Motion for Extension of Time 15 is granted as follows: The deadline for the completion of fact discovery is extended to July 8, 2005. The deadline for the filing of dispositive motions is extended to July 28, 2005. All other deadlines and proceedings remain as previously set. Arden Shenker present as counsel for plaintiff(s). Herbert Sundby; Jeffrey Handy present as counsel for defendant(s). Court Reporter: KB/FTR. (kb, ) (Entered: 06/22/2005) |
| 06/27/2005 | 20 | Notice to the Court of Decision in ORFF v. United States. Filed by Jeffrey K. Handy appearing on behalf of United States of America, United States Department of Interior, Gale Norton, United States Bureau of Reclamation, John W Keys, III, Bill McDonald.(ljl, ) (Entered: 06/28/2005) |
| 06/30/2005 | 21 | Federal Defendants' Motion to Dismiss to Dismiss Pursuant to FRCP 12(b)(1). Expedited Consideration Requested (ecp, ) (Entered: 07/06/2005) |
| 06/30/2005 | 22 | Federal Defendants' Memorandum in Support of Motion to Dismiss to Dismiss Pursuant to FRCP 12(b)(1). Filed by all defendants. (Related document(s): Motion to Dismiss21.)(ecp, ) (Entered: 07/06/2005) |
| 06/30/2005 | 23 | Fedral Defendants' Certificate of Service re Motion to Dismiss21, Memorandum in Support of Motion22. (ecp, ) (Entered: 07/06/2005) |
| 07/12/2005 | 24 | **RECORD OF ORDER by Judge Dennis J. Hubel:** A telephone status conference is set on July 13, 2005, at 2:30 p.m. The court will place the call. (kb, ) (Entered: 07/12/2005) |
| 07/13/2005 | 25 | **Record of Proceedings held before Judge Dennis J. Hubel:** Parties indicated on the record their resolution regarding most of the discovery disputes between them. ORDER - Defendants shall provide those contracts from the Pacific Northwest Region of the Bureau of Reclamation entered into before 1966 to the plaintiff. After that production counsel shall further confer with respect to any further production of other documents related to those contracts. ORDER - Granting the parties' joint request to STAY the case schedule, pending ruling on Federal Defendants' Motion to Dismiss to Dismiss Pursuant to FRCP 12(b)(1) [#21]. Plaintiff shall respond to the motion by July 18, 2005. Arden Shenker present as counsel for plaintiff(s). Herbert Sundby; Jeffrey Handy present as counsel for defendant(s). Court Reporter: KB/FTR. Dennis J. Hubel presiding. (Related document(s): Motion to Dismiss21.) (kb, ) (Entered: 07/13/2005) |
| 07/15/2005 | 26 | Motion to Change or Transfer Venue *Pursuant to 28 USC Sec. 1631*. Filed by all plaintiffs. (Shenker, Arden) (Entered: 07/15/2005) |
| 07/15/2005 | 27 | Declaration of Arden E. Shenker *in Support of Plaintiff's Motion to Transfer*. Filed by all plaintiffs. (Shenker, Arden) (Entered: 07/15/2005) |
| 07/15/2005 | 28 | Memorandum in Support *of Motion to Transfer and Response to Defendants' Motion to Dismiss*. Filed by all plaintiffs. (Shenker, Arden) (Entered: 07/15/2005) |
| 07/28/2005 | 29 | **STIPULATED ORDER TRANSFERRING CASE TO THE UNITED STATES COURT OF FEDERAL CLAIMS -** Granting Motion to Change or Transfer Venue (Related Doc #26). Case transferred to United States Court of Federal Claims for all further proceedings. Signed on 7/28/2005 by Judge Dennis J. Hubel. (ecp, ) (Entered: 07/29/2005) |

| | | |
|---|---|---|
| 07/28/2005 | | ***NON-PUBLIC*** Deadlines/Documents/Schedules Terminated re Order on motion to change/transfer venue, 29. Case transferred to the US Court of Federal Claims. (ecp, ) (Entered: 07/29/2005) |