FILED'05 JUL 28 16:33 USDC-ORP

**Arden E. Shenker, OSB No. 62082**
ashenker@ashenkeresq.com
SHENKER & BONAPARTE, LLP
One SW Columbia, Suite 475
Portland, OR 97258-2002
Telephone: (503) 294-1118
Facsimile: (503) 294-0015

Attorneys for Plaintiff The Dalles Irrigation District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**THE DALLES IRRIGATION DISTRICT,**

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA, et. al.**

Defendants.

Case No. 04-CV-1144-HU

**STIPULATED ORDER TRANSFERRING CASE TO THE UNITED STATES COURT OF FEDERAL CLAIMS**

Pursuant to 28 USC § 1631, the above captioned case is hereby transferred to the United States Court of Federal Claims. At the time of transfer, the parties had completed discovery, which had been closed, and a



Certified to be a true and correct copy of original filed in my office
Dated 7-29-2005
Donald M. Cinnamond, Clerk
By E. [signature] Deputy

29

scheduling order had been issued setting forth dates for the filing of summary judgment motions and pretrial materials.

Pursuant to Section 3.1(a)(1) of the Rules of the United States Court of Federal Claims, the Clerk of the District of Oregon is directed to send a certified copy of the complete court record, including this Order and a statement as to whether all fees required by this Court have been paid by the parties to:

United States Court of Federal Claims
Clerk's Office
717 Madison Place, NW
Washington, D.C. 20005

**IT IS SO ORDERED:**

DATED this 28th day of July, 2005.

Judge Dennis J. Hubel

**IT IS SO STIPULATED:**

Arden E. Shenker, OSB #69082
Attorney for Plaintiff

Herbert C. Sundby
OSB No. 72257
of Attorneys for Defendants