FILED
OCT 25 2005
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT,**

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA;** [redacted] **SECRETARY OF THE INTERIOR; THE UNITED STATES BUREAU OF RECLAMATION; JOHN W. KEYS, III, COMMISSIONER OF RECLAMATION, AND BILL McDONALD, REGIONAL DIRECTOR OF THE PACIFIC NORTHWEST REGIONAL OFFICE OF RECLAMATION**

Defendants

Case No. 05-1042 C

Judge Charles F. Lettow

**AMENDED COMPLAINT FOR BREACH OF CONTRACT; DAMAGES; DECLARATORY RELIEF**

I.

The Dalles Irrigation District is an irrigation district organized and existing under the laws of the State of Oregon.

II.

The United States of America, through the United States Department of the Interior, Bureau of Reclamation, is a party to a contract with the plaintiff, Contract No. 14-06-100-2276, dated October 19, 1961.

III.

Gale Norton is the Secretary of the Interior of the United States of America; John W. Keys, III, is the Commissioner of the Bureau of Reclamation; and Bill McDonald is the Regional Director of the Pacific Northwest Regional Office of the Bureau of Reclamation.

IV.

Jurisdiction was provided in the United States District Court for the District of Oregon, pursuant to 28 U.S.C. 1331 and 43 U.S.C. 390(u)(u), which entered an order transferring that case to this Court on July 28, 2005, pursuant to Orff, et. al. vs. United States, 125 S. Crt. Rptr. 2606 (2005) and the stipulation of the parties. The United States has waived sovereign immunity for the purposes of this claim, pursuant to 43 U.S.C. 390(u)(u). This claim is brought within the period of limitations provided in 28 U.S.C. 2401.

V.

In the contract between the parties, dated October 19, 1961, the defendants agreed to provide to the plaintiff power and energy, from The Dalles Dam, required for irrigation pumping during the irrigation season. The costs of such power and energy from The Dalles Dam excluded cost sharing for other projects and usages. Notwithstanding the contract between the parties, the defendants have been charging the plaintiff with costs for the operation, maintenance, and

replacement of facilities, together with interest expenses, none of which had been agreed to between the parties.

VI.

Due notice of this claim has been provided on behalf of the plaintiff to the defendants.

**FIRST CLAIM FOR RELIEF**

(Breach of Contract)

VII.

Plaintiff realleges paragraphs I through VI above.

VIII.

Defendants have breached the contract with the plaintiff, to the plaintiff's damage in the sum of $400,000, from 1998 to date.

IX.

Plaintiff is entitled to attorney fees pursuant to 28 U.S.C. 2412(d)(1)(A).

**SECOND CLAIM FOR RELIEF**

(Declaratory Relief)

X.

Plaintiff realleges paragraphs I through VI and IX above.

XI.

Plaintiff seeks a declaration that it should not be charged by the

defendants, for and in the future, for any costs for power and energy, from The Dalles Dam, required for irrigation pumping during the irrigation season, other than those costs as provided by the contract between the parties.

**WHEREFORE**, plaintiff seeks judgment against the United States of America in the sum of $400,000, together with attorney fees, and prejudgment interest as provided by law, together with such other relief as to the court appears meet, just and equitable.

DATED this 24 day of October, 2005

SHENKER & BONAPARTE, LLP

By: ____________________

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**