IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DALLES IRRIGATION DISTRICT, | ) | |
| Plaintiff, | ) | No. 05-1042C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including January 26, 2006, within which to file a response to the complaint in the above-captioned matter. Our response is currently due on December 27, 2005. This is our first request for an enlargement of time for this purpose. On December 16, 2005, counsel for plaintiff indicated to defendant’s counsel that plaintiff does not oppose this motion.

We anticipate that a 30-day enlargement of time, to and including January 26, 2006, will provide the United States with sufficient time to prepare a response to plaintiff’s complaint. The requested enlargement of time is necessary, in part, because of defendant's counsel’s responsibilities in other cases. In this Court, defendant’s counsel must prepare defendant's motion to dismiss in Jeffrey D. Cottrell v. United States, Fed. Cl. No. 05-990C, due on December 29, 2005. In addition, defendant’s counsel must prepare defendant’s motion for judgment upon the

administrative record in Robert L. Loeh v. United States, Fed. Cl. No. 05-1208C, due on January 17, 2006. Defendant's counsel must also participate in settlement negotiations and prepare a joint preliminary status report in Confederated Tribes of the Grand Ronde Community of Oregon v. United States, Fed. Cl. No. 03-2244C, due on January 5, 2006. In the United States Court of Appeals for the Federal Circuit, defendant's counsel must prepare for oral argument upon behalf of defendant-appellant in Blue Dot Energy Company v. United States, Fed. Cir. No. 05-5058, scheduled on January 12, 2006. In addition, defendant's counsel must prepare respondent's brief in Bennett S. Greenspan v. Department of Veterans Affairs, Fed. Cir. No. 05-3302, due on January 5, 2006. Moreover, defendant's counsel will be out of the office for official travel from January 17, through January 20, 2006.

We are mindful that the press of business is not, in and of itself, a basis for an enlargement of time. However, we respectfully request a 30-day enlargement of time in this case in order to provide adequate time to review this case and respond to the complaint. On September 28, 2005, this matter was transferred from the United States District Court for the District of Oregon to this Court. The case was not assigned to defendant's counsel until December 7, 2005. At this time, we are reviewing the documents of record recently provided by the United States Attorney's Office. An enlargement of 30 days will allow defendant's counsel additional time to evaluate the relevant

records, as well as allow defendant's counsel time to review the case, coordinate our response with the United States Department of the Interior, and obtain necessary internal review.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to plaintiff's complaint by 30 days, to and including January 26, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-7578
Fax: (202) 353-7988

December 19, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 19, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK