IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: December 20, 2005)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on December 19, 2005. The defendant's response to plaintiff's complaint is currently due on or before December 27, 2005. Defendant requests an additional thirty days in which to file its response. For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its response to plaintiff's complaint on or before January 26, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge