IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's reply to the response filed by plaintiff, the Dalles Irrigation District, to defendant’s motion to dismiss. Defendant requests that the current deadline for its reply (i.e., March 16, 2006) be enlarged by an additional 31 days, to and including April 17, 2006. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of the recent departure of previous Department of Justice counsel of record, which resulted in the assignment of this case to undersigned counsel. Undersigned counsel, however, has not had an adequate opportunity to review this case or the pending motion to dismiss because of the following commitments in other cases: (1) depositions in Gregg, et al. v.

United States, (No. 04-425), from March 1, 2006 to March 10, 2006; (2) preparation of a responsive pleading in WTAK-2 v. United States, (No. 05-1282), due March 20, 2006; (3) preparation of a responsive pleading in Barefoot v. United States, (No. 06-65), due March 27, 2006; (4) preparation of a cross-motion for summary judgment in Bair v. United States, (No. 04-1689), due April 3, 2006; (5) preparation for a settlement conference with the Court (including the preparation of position papers) in SPW Engineering v. United States, (No. 04-794), to be held April 24, 2006; and (6) settlement proceedings, including a DCAA audit, in Columbia Mfg. v. United States, (No. 02-1221).

In addition, pursuant to a previously established schedule, undersigned counsel must be available from March 20, 2006 to March 31, 2006 to appear upon behalf of the United States in any bid protest actions seeking injunctive relief. The above-described commitments will not permit undersigned counsel sufficient time to review the pending motion to dismiss and response, and prepare defendant's reply.

Accordingly, the Government respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its reply to plaintiff's response to defendant's motion to dismiss by 31 days, to and including April 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 14, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger