IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: March 15, 2006)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on March 14, 2006. The defendant's reply to plaintiff's response to defendant's motion to dismiss is currently due on or before March 16, 2006. Defendant requests an additional thirty-one days in which to file its reply. Plaintiff does not oppose this motion. For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its reply to plaintiff's response on or before April 17, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge