IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT, Plaintiff, | ) | |
| v. | ) | No. 05-1042C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's reply to the response filed by plaintiff, the Dalles Irrigation District, to defendant's motion to dismiss. Defendant requests that the current deadline for its reply (i.e., April 17, 2006) be enlarged by an additional 14 days, to and including May 1, 2006. This is defendant's second motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.[1]

This motion is necessary because of unanticipated difficulties experienced by undersigned counsel in completing defendant's reply. As noted in our first motion, undersigned counsel was recently assigned to this case after the departure

[1] Defendant's first motion, also unopposed, requested 31 days and was granted by the Court on March 15, 2006.

of previous Department of Justice counsel of record. Undersigned counsel, however, has not had an adequate opportunity to complete defendant's reply brief because of the following commitments in other cases: (1) resolution of a dispute regarding a stipulation for military back pay in Strickland v. United States, (No. 03-1390) due April 13, 2006; (2) preparation of a cross-motion for summary judgment in Bair v. United States, (No. 04-1689), due April 17, 2006; (3) preparation for a settlement conference with the Court in SPW Engineering v. United States, (No. 04-794), to be held April 24, 2006 with position papers due April 14, 2006; (4) settlement proceedings, including a DCAA audit, in Columbia Mfg. v. United States, (No. 02-1221) with a conference to be held April 19, 2006; and (5) settlement discussions in Gregg, et al. v. United States, (No. 04-425). The above-described commitments will not permit undersigned counsel sufficient time to complete defendant's reply.

Accordingly, the Government respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its reply to plaintiff's response to defendant's motion to dismiss by 14 days, to and including May 1, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

April 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 13, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger