IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: April 18, 2006)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed April 17, 2006. The defendant's reply to plaintiff's response to defendant's motion to dismiss is currently due on or before April 17, 2006. Defendant requests an additional fourteen days in which to file its reply. Plaintiff does not oppose this motion. For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its reply to plaintiff's response on or before May 1, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge