IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: April 26, 2006)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Dismiss, filed on January 26, 2006. A hearing will be held by telephonic means on the defendant's motion on May 9, 2006 at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge