IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: May 1, 2006)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Enlargement of Time, filed April 28, 2006. The defendant's reply to plaintiff's response to defendant's motion to dismiss is currently due on or before May 1, 2006. Defendant requests an additional two days in which to file its reply. For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its reply to plaintiff's response on or before May 3, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge