IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: September 5, 2006)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on August 31, 2006. The parties' Joint Preliminary Status Report ("JPSR") was due on or before August 31, 2006. Defendant requests an additional eight days in which to file the JPSR. For good cause shown, defendant's motion for enlargement is GRANTED. The parties shall file their JPSR on or before September 8, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge