IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: September 13, 2006)

DALLES IRRIGATION DISTRICT, )
)
Plaintiff, )
)
v. )
)
UNITED STATES, )
)
Defendant. )

## SCHEDULING ORDER

The court acknowledges the parties' Joint Preliminary Status Report, filed September 8, 2006. For good cause shown, the court adopts the following schedule for discovery in this case:

| Activity | Deadline |
|---|---|
| Deadline for Expert Disclosures Pursuant to Rule 26(a) of the Rules of the Court of Federal Claims | October 10, 2006 |
| Deadline for Submission of The Dalles' Expert Report(s) | November 8, 2006 |
| Deadline for Submission of the United States' Expert Report(s) | December 8, 2006 |
| Deadline for Rebuttal Expert Report(s) | January 15, 2007 |
| Close of All Discovery | February 15, 2007 |
| Joint Status Report | March 9, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge