UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff, Case No. 05-1042 C

**v.** Judge Charles F. Lettow

**THE UNITED STATES OF AMERICA;**

Defendant.

___________________________________

PLAINTIFF'S RULE 26(a) DISCLOSURES [DAMAGES]

Pursuant to the Court's scheduling order, the Plaintiff makes its Rule 26(a) disclosures on damages:

(1)(A) Financial records of the Plaintiff are under the custody of Mike Richardson, the Plaintiff's manager, at 3503 Olney Road, The Dalles, Oregon, 97058, with additional records available at the Plaintiff's certified public accountant, Byers, Neumayer & Bradford PC, 305 E. Fifth Street, The Dalles, Oregon, 97058. Their respective telephone numbers are 541/296-3366 and 541/296-2000.

(B) The documents, data and compilations on which the damage calculations have been computed are Bates numbered CO 0001 – CO 0100 and have been furnished to opposing counsel.

(C) The most relevant computation of damages is found in document numbered CO 0090.

(2) Plaintiff's expert consultant, Carol Close Opatrny, has an address at 18509 NE Cedar Drive, Battle Ground, WA 98604, telephone number 360/666-8510.

DATED this 9th day of October, 2006

SHENKER & BONAPARTE, LLP

By:____/s/ Arden E. Shenker_

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**

# CERTIFICATE OF FILING

I hereby certify that on the 9th day of October, 2006, a copy of the foregoing "PLAINTIFF'S RULE 26(A) DISCLOSURES [DAMAGES]" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiffs:
**THE DALLES**
**IRRIGATION DISTRICT**