UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES,**

Defendant.

________________________________

Case No. 05-1042 C

Judge Charles F. Lettow

**Expert Disclosure Notice**

Pursuant to RCFC 26(a)(2)(B) and the Court's scheduling order of September 13, 2006, Plaintiff has provided its expert report.

DATED this 8th day of November, 2006

Respectfully submitted,

_/s/ Arden E. Shenker_________

Arden E. Shenker
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015

## Certificate of Filing

I HEREBY CERTIFY that on the 8th day of November, 2006, a copy of the foregoing **Expert Disclosure** Notice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Arden E. Shenker
**Arden E. Shenker,** OSB No. 62082