IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for the submission of the Government's expert rebuttal report by three days, to and including January 19, 2007. The deadline for rebuttal expert reports currently is January 16, 2007. This is defendant's first motion for this purpose and will not affect any of the Court's other deadlines. Counsel for defendant has contacted counsel for plaintiff regarding this motion and has been advised that plaintiff opposes this motion.[1]

This motion is necessary because of unanticipated delays encountered in the completion of the Government's expert rebuttal report, as well as the completion and copying of the reports' accompanying work papers. Defendant's expert has been occupied with other matters, including

[1] Plaintiff opposes our motion based upon its contention that the Government's submission of a rebuttal expert report at this time is untimely. The Court's September 13, 2006 scheduling order established the following deadlines: (1) November 8, 2006 for plaintiff's expert reports; (2) December 8, 2006 for the Government's expert reports; and (3) January 15, 2007 for rebuttal expert reports. The court's order was consistent with the schedule proposed by the parties in their joint preliminary status report. Plaintiff submitted an affirmative expert report in compliance with the November 8, 2007 deadline. The Government did not submit an affirmative expert report, but intends to submit a rebuttal expert report that responds to plaintiff's affirmative report as contemplated by the Court's scheduling order. Plaintiff, however, contends that the Government's expert rebuttal report was due December 8, 2006.

a recent deposition and city council meetings for the City of Boise, Idaho. As a result, it has not been possible to complete defendant's rebuttal expert report, and serve plaintiff with a copy, by the current deadline.

Accordingly, we respectfully request the Court to grant this motion to enlarge the deadline for our rebuttal expert report by three days, to and including January 19, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

January 16, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 16, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger