IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: January 22, 2007)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Motion for Enlargement of Time, filed January 16, 2007. The government requests that the court enlarge by three days, to January 19, 2007, the deadline for the submission of its expert rebuttal report. In responding to the government's motion, plaintiff indicates that it does not oppose the government's request for a three-day enlargement. Plaintiff also requests that the court hold a status conference in late February 2007, when plaintiff's counsel will be in Washington, D.C.

For good cause shown, the government's motion is GRANTED. The government's expert rebuttal report shall be submitted on or before January 19, 2007. In addition, a status conference shall be held on February 27, 2007, commencing at 3:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge