IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: February 1, 2007)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Motion for Enlargement of Time, filed January 29, 2007. The government requests that the court enlarge by four days, to February 2, 2007, the deadline for submission of its responses to plaintiff's discovery requests. Plaintiff's counsel indicated that he would not object to an extension of the deadline if the government delivers a portion of the responses on February 1, 2007, and the remainder on February 2, 2007.

For good cause shown, the government's motion is GRANTED. The government's responses to plaintiff's discovery requests shall be submitted on or before February 2, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge