IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1042C<br>(Judge Lettow) |

JOINT STATUS REPORT

Pursuant to the Court's directive issued at the status conference held on February 27, 2007, plaintiff, The Dalles Irrigation District, and defendant, the United States, respectfully submit this status report regarding pre-trial proceedings and scheduling.

Because undersigned counsel for the defendant recently has been assigned to a Spent Nuclear Fuel case that will be proceeding to trial next fall, this case will be reassigned to another Department of Justice attorney. To allow the newly assigned attorney sufficient time to confer with plaintiff's counsel regarding pre-trial scheduling, the parties respectfully request the Court to allow the parties until March 30, 2007 to provide the Court with the requested proposed pre-trial status report.

Plaintiff, having prepared a draft status report pursuant to agreements with defendant's counsel both before and after the February 27, 2007 status conference, submitted that draft status report to defendant's counsel on March 5, 2007. Plaintiff will object to any further delays beyond March 30, 2007, for submission of the status report requested by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Arden E. Shenker
ARDEN E. SHENKER
Shenker & Bonaparte, LLP
One SW Columbia Street
Suite 475
Portland, OR 97258
Tele: (503) 294-1118
Fax: (503) 294-0015

Attorney for Plaintiff

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tele: (202) 353-7955
Fax: (202) 353-7988

Attorneys for Defendant

March 9, 2007

CERTIFICATE OF FILING

I hereby certify that on March 9, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger