IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: March 14, 2007)

DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the parties' Joint Status Report ("JSR"), filed March 9, 2007. The parties state that a new counsel for the government will be assigned to this case, and they request an enlargement of time until March 30, 2007 to submit their JSR.

For good cause shown, the parties' request is GRANTED. The parties shall submit a JSR on or before March 30, 2007, proposing a plan and schedule for further proceedings in this case.

It is so ORDERED.

s/ Charles F. Lettow
Judge