IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042 |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including April 30, 2007, within which to file its status report proposing pre-trial proceedings. This is defendant's second request for an enlargement of time for this purpose. The last extension, granted on March 14, 2007, extended the time for the parties to file their joint status report until March 30, 2007. Defendant has contacted plaintiff's counsel, who has indicated that he will oppose this request.

Undersigned Government counsel of record joined the Department of Justice on March 5, 2007 and was assigned to this case on March 19, 2007. Government counsel has multiple filings due at the end of March and the first few days of April, including: (1) preparing the Government's brief to the United States Court of Appeals for the Federal Circuit in Jwanouskos v. Dep't of the Treasury, No. 07-3123 (Fed. Cir.) (due March 27, 2007); (2) preparing internal recommendation documents and other settlement documents in Arthur Coutos v. United States, No. 06-656 (Fed. Cl.); and (3) preparing for a telephonic hearing before the Civilian Board of Contract Appeals in MVM Inc. v. Department of Justice, CBCA No. 661. In addition, Government counsel will be in California from approximately April 10, 2007, to April 15, 2007, in connection with oral argument in an appeal before the United States Court of Appeals for the

Ninth Circuit in MacLean v. Dep't of the Navy, DOD, No. 05-55883 (9th Cir.). This is a complicated case requiring new assigned counsel to throughly familiarize himself with the facts and prior history. Government counsel will not be able to allocate sufficient time to this case until he returns to the office on or about April 15, 2007, and can focus upon the instant case and meaningfully consider an appropriate proposed pre-trial timetable.

For these reasons, defendant respectfully requests that the Court grant this motion for a 30-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

March 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of March, 2007, a copy of the foregoing "DEFENDANT'S OPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo