UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA;**

Defendant

Case No. 05-1042 C

Judge Charles F. Lettow

---

Plaintiff's Response to Defendant's 7th Motion for Enlargement of Time (March 22, 2007)

If Government's counsel had revealed that he only had been working for the Defendant for 2 weeks, Plaintiff would not oppose the additional 31 days for extension of time, to file the status report essentially agreed to by the parties, following the Court conference on February 27, 2007. Because Plaintiff had agreed to a 21-day extension of the prior deadline, to enable new counsel to proceed, it seems that 52 days was a tad excessive to file an essentially agreed statement of trial procedures.

DATED this 22nd day of March, 2007

SHENKER & BONAPARTE, LLP

Respectfully submitted by:___/s/ Arden E. Shenker_____

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**

## Certificate of Filing

I hereby certify that on the 22nd day of March, 2007, a copy of the foregoing "Plaintiff's Response to Defendant's 7th Motion for Enlargement of Time (March 22, 2007)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiffs: **THE DALLES IRRIGATION DISTRICT**