IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: March 26, 2007)

| | |
|---|---|
| DALLES IRRIGATION DISTRICT, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's Motion for an Enlargement of Time, filed March 22, 2007. The government requests that the court enlarge by thirty days, to April 30, 2007, the deadline for submission of the parties' joint status report ("JSR"). Plaintiff filed a response to the government's motion on March 22, 2007.

For good cause shown, the government's motion is GRANTED IN PART. The parties shall submit a JSR on or before April 25, 2007, proposing a plan and schedule for further proceedings in this case.

It is so ORDERED.

s/ Charles F. Lettow
Judge