IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042 |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's oral instructions at the conclusion of the February 27, 2007 status conference, the parties respectfully submit this Joint status report. The parties agree that trial should be scheduled in Portland, Oregon, commencing on November 6, 2007. It is anticipated that the trial upon the liability issue can be concluded in four days.

1. Pre-trial Conference

After counsel for the parties file their certification in accordance with Section VI, Appendix A, ¶ 13(d) of the Rules of the United States Court of Federal Claims, the parties respectfully request a conference with the Court, preferably not later than 45 days prior to the trial date, where the parties may propose to the Court appropriate trial plans to facilitate the admission of evidence and to delineate a briefing schedule for the trial issue of liability.

2. Post-trial

In the event the Court directs post-trial briefing, plaintiff shall file its brief within 60 days of the conclusion of the trial. The defendant should be prepared to respond within 45 days of the service and filing of the plaintiff's post-trial brief, and the plaintiff shall have 30 days from the service and filing of the defendant's response brief to file a reply. The parties desire to have closing arguments at the conclusion of such briefing.

In the event the Court finds the government liable, the parties will meet to resolve appropriate damages, if any, within 60 days of the date of the Court's opinion and order on liability. The parties will inform the Court of any joint resolution. If the parties fail to agree on damages, they shall submit the matter to the Court for resolution.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Arden E. Shenker
ARDEN E. SHENKER
Shenker & Bonaparte, LLP
One SW Columbia, Ste 475
Portland, OR 97258-2002
Tel: 503-294-1118

Attorney for Plaintiff

April 24, 2007

s/ Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

April 25, 2007

CERTIFICATE OF FILING

I hereby certify that on this 25th day of April, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo