IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: April 30, 2007)

| | |
|---|---|
| DALLES IRRIGATION DISTRICT, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court acknowledges receipt of the parties' Joint Status Report, filed April 25, 2007. The parties propose that a (1) four-day trial be held in Portland, Oregon, (2) the trial be bifurcated to address only the issue of liability, and (3) if the government is found liable, the parties meet to resolve the issue of appropriate damages, if any, within 60 days of the date of this court's opinion and order on liability. The court accepts the parties' proposals.

Pre-trial preparatory steps, trial, and post-trial briefing shall proceed according to the following schedule:

| Event | Date |
|---|---|
| Pre-trial submissions | As provided in Appendix A, ¶¶ 13-17 of the Rules of the Court of Federal Claims |
| Status conference | September 10, 2007, at 2:00 p.m. EDT (by telephonic means) |
| Final pre-trial conference | November 6, 2007, at 2:00 p.m. EDT (by telephonic means) |
| Trial | November 13-16, 2007, in Portland, Oregon, commencing each day at 9:30 a.m. |
| Plaintiff's post-trial brief due | January 18, 2008 |
| The government's post-trial response due | March 2, 2008 |

| | |
|---|---|
| Plaintiff's post-trial reply brief due | March 30, 2008 |
| Closing argument | April 16, 2008, at 2:00 p.m. EDT (by telephonic means) |

It is so ORDERED.

s/ Charles F. Lettow
Judge