IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: July 30, 2007)

| | |
|---|---|
| DALLES IRRIGATION DISTRICT, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's Unopposed Motion for Enlargement of Time for Meeting of Counsel and to Amend Scheduling Order, filed July 24, 2007. The government seeks to enlarge by 14 days, to September 18, 2007, the deadline for the meeting of counsel. The government also requests that the status conference scheduled for September 10, 2007 be rescheduled for September 25, 2007.

For good cause shown, the government's motion is GRANTED. The meeting of counsel shall take place on or before September 18, 2007, and the status conference shall be held by telephonic means on September 25, 2007, at 2:00 p.m. EST.

It is so ORDERED.

s/ Charles F. Lettow
Judge