UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA;**

Defendant

Case No. 05-1042 C

Judge Charles F. Lettow

**NOTICE OF CHANGE OF ADDRESS**

NOTICE IS HEREBY GIVEN that plaintiff's counsel, Arden Shenker and Robert E. L. Bonaparte, have changed their address. Plaintiff's counsel's new address is as follows:

SHENKER & BONAPARTE, LLP
1500 SW 1st Avenue, Suite 630
Portland, Oregon 97201
(503) 294-1119
(503) 294-0015

Dated this 4th of September, 2007.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker
By:______________________________

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
1500 SW 1st Avenue
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**

**Certificate of Filing**

I hereby certify that on the 4th day of September, 2007, a copy of the foregoing **"NOTICE OF CHANGE OF ADDRESS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
1500 SW 1st Avenue
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiffs: **THE DALLES IRRIGATION DISTRICT**