IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATION OF MEETING OF COUNSEL

Pursuant to Section 13(d) of Appendix A to the Rules of the United States Court of Federal Claims, plaintiff, The Dalles Irrigation District, and defendant, the United States, respectfully submit this certification of counsel.

1. The parties held a meeting of counsel on September 18, 2007, in Portland, Oregon, pursuant to the two-week delay provided by this Court's scheduling order of July 30, 2007.

2. At the meeting, the parties exchanged proposed exhibit and witness lists, as well as proposed contentions of law and fact. The parties will endeavor to agree where possible and stipulate to those facts not in dispute prior to the pretrial conference. In the same vein, the parties will also try to reach agreement as to the admissibility of their respective exhibits on a continuing basis prior to the pretrial conference.

3. The plaintiff's Memorandum of Contentions of Fact and Law should be submitted promptly after the scheduled status conference of September 25, 2007, and the defendant's Memorandum should be submitted responsively, 21 days thereafter.

4. The parties agreed that if a government witness that was previously requested by plaintiff is not made available by the government for trial, then the plaintiff need not make any further showing of availability.

5. Defendant will file a motion to exclude the testimony of plaintiff's expert prior to the pretrial conference of November 6, 2007.

6. Plaintiff will file a motion to depose Jerry Dinan, a retired accountant. In the event that the Court does allow plaintiff to reopen discovery, defendant may seek to depose Mike Richardson, one of plaintiff's witnesses previously disclosed to the defendant as a custodian of records.

7. The parties have not reached an agreement regarding settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Arden E. Shenker
ARDEN E. SHENKER
Shenker & Bonaparte, LLP
1500 SW 1st Avenue
Portland, OR 97201
Tel: 503-294-1118
Fax: 503-294-0015

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

September 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of September, 2007, a copy of the foregoing "CERTIFICATION OF MEETING OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo