IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: September 26, 2007)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Trial will be held from November 13-16, 2007, at the Mark O. Hatfield U.S. Courthouse in Portland, Oregon, in Courtroom 13B.

It is so ORDERED.

s/ Charles F. Lettow
Judge