UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **THE DALLES IRRIGATION DISTRICT**,<br><br>Plaintiff,<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No. 05-1042 C<br><br>Judge Charles F. Lettow |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff attaches hereto its listing of exhibits expected to be offered at trial.

DATED this 1st day of October, 2007

SHENKER & BONAPARTE, LLP

By: /s/ Arden E. Shenker

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**