# Comprehensive Trial Exhibit Index

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| 1 | | Complaint for Breach of Contract; Damages; Declaratory Relief | Mark Jones | 08/08/04 |
| 2 | | 3-26-63 Authenticated Copy of BPA Contract No. 14-03-32210, B/R Contract No. 14-06-100-2911 titled "The United States of America Department of the Interior Memorandum of Understanding between the Bonneville Power Administrator and the Bureau of Reclamation" | Mark Jones | 03/26/63 |
| 3 | | Conformed copy of Repayment Contract Between the USA and TDID, Contract No. 14-06-100-2276 | Mark Jones | 10/19/61 |
| 4 | | Plaintiff's Response to Federal Defendants' First Set of Interrogatories and Request for Production of Documents to Plaintiff | Mark Jones | 1/10/05 |
| 5 | | Federal Defendants' Response to Plaintiff's Second Request for Interrogatories and for Production | Mark Jones | 3/14/05 |
| 6 | | Federal Defendants' Response to Plaintiff's Third Request for Interrogatories and for Production | Mark Jones | 05/09/05 |
| 7 | | Memorandum from Acting Commissioner (Donald R. Glisan?) to Assistant Secretary – Water and Science (John M. Sayre – approved 11/16/90) titled: Proposed Exhibit Revisions to Irrigation Pumping Power Rate for Various Projects, Idaho, Oregon, and Washington (Power Sales) | Mark Jones | 9/28/90 |
| 8 | | Memorandum from Administrator, BPA (Charles | Mark Jones | 12/13/1961 |

| **Trial Ex. No.** | **CCO Cross Reference** | **Description** | **Deponent** | **Date** |
|---|---|---|---|---|
| | | Luce) to Regional Director, BoR, (waiving annual costs of the facilities used for Bureau service),___________________ 12/1/1961 Memo from Regional Director, BoR, (H.T. Nelson) to Administrator, BPA, requesting agreement to eliminate the assigned annual operating cost of the substation for The Dalles project | | |
| 9 | | Charles F. Luce, Administrator, BPA.Memo To: Regional Director, Region 1, BoR, Re: Irrigation pumping power charge for federal reclamation projects, Refers to inadvisability to establish a basinwide uniform pumping charge. 2-18-1966 H.T. Nelson, BoR Memo to BPA Administrator RE: establishment of a uniform pumping charge. ____________________ 8-31-1965 Bernard Goldhamme Acting Administrator Memo To: Regional Director, US BoR, RE: general increases in wholesale rates.________________________ 8-18-1965 Memo To: Commissioner From: E H Neal, Acting Regional Director, RE: preliminary study on the effect of a one mill Federal Reclamation irrigation pumping charge.______________________ circa 1964 Memo, To: BPA Administrator, From: Regional Director RE: proposed meeting and guidelines regarding uniform pumping power charge.________________________________ | Mark Jones | 03/03/66 |

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| | | 7-30-65 Report—"Preliminary One Mill Irrigation Pumping Power charges As Related to the Repayment of the Columbia River Federal Power System." Includes tables: 7-26-65 Table 1.—"Summary of Excess Unamortized Investment, Columbia River Federal Power System Authorized Projects—Existing Rates",<br>7-23-65 Table 2 "Estimated cost of irrigation pumping power based on a 60-year sinking fund at 3 percent interest",<br>3-14-65 Table—"Columbia River Federal Power System—Repayment Study". | | |
| 10 | | Memorandum To: Regional Director, From: Assistant Commissioner RE: establishing a uniform irrigation pumping power charge | Mark Jones | 8/17/66 |
| 11 | | Memo To: Assistant Administrators and Area Managers From: Administrator 4-8 RE: guidelines to be followed in developing the irrigation pumping charges | Mark Jones | 2/28/67 |
| 12 | | Memo To: Regional Director From: Regional Supervisor of Power, US BoR, RE: Review of charges for Reserved Power for Irrigation Pumping | Mark Jones | 12/30/77 |
| 13 | | Action/Decision<br>Memorandum To: Assistant Secretary—Water and Science From: Acting Commissioner Robert A Olson RE: Secretarial MBO Objective IV, Task | Mark Jones | 2/15/85 |

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| | | J, is to develop an acceptable policy to properly assess project use power rates charged for irrigation pumping. (Prepared by Fred Sheap, signed by R.N. Broadbent.)_______________<br>Attachment: 3/6/84 "Summary Report Project Use Power Rates for Irrigation Pumping,_____<br>Attachment A: Summary Project Use Power for Irrigation Pumping"________________________<br>Attachment B: "Project Use Power for Irrigation Pumping PN Region"______________________<br>Attachment: "MP Region Contract Execution and Expiration Dates for Districts Listing by Service Area"__________________________________<br>Attachment "LC Region"____________________<br>Attachment: (table) "Irrigation and Drainage Pumping Service and other Project Use Loads Rates Effective October 1, 1983"____________<br>Attachment: (table) "Irrigation and Drainage Pumping Service and Other Project Use Loads Rates Effective March 1, 1984"_____________<br>(table) "UC Region Project Use Power for Irrigation Pumping, (table) "Project Use Power for Irrigation Pumping UM Region"___________<br>(table)"Project for Power for Irrigation Pumping"<br>Attachment C pages copied from a book, "220 Power Marketing and Sales Part 221 Policy and Basic Requirements"_________________________ | | |

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| | | Attachment D: 2-14-73 Al Bielefeld, Billings, Memo To: Regional Director, Reclamation From US Dept of Interior, Field Solicitor, RE: 2 ½ mill pumping rate for federal irrigation projects—Pick-Sloan Missouri Basin Program,__ 4-24-75 Kirkpatrick ,Assistant Solicitor, Power Memo To: Assistant Commissioner of Reclamation RE: Claim of Arvin-Edison water Storage District to purchase power from CVP at the 2.5 mill project energy rate rather than the commercial rate.________________________ 5-8-85 Memo To: Commissioner, BOR From Associate Solicitor, Energy and Resources RE: Project Use Irrigation Pumping Rate—Pick-Sloan Missouri Basin Program__________________ Attachment E: "Summary Review of Legal Basis for Rate Setting Criteria"__________________ Attachment F: "Department of the Interior Departmental Manual, Chapter 1 Policy and Responsibility | | |
| 17 | | Mark Jones E-mail To: Al Bolin, RE: 2002 O&M number and an estimate for 2003/04 | Mark Jones | 03/25/02 |
| 18 | | Daryl Beckmann (acting for J. William McDonald, Regional Director for US BoR) Letter To: Greg Walden, House of Representatives, bc: Mark Jones, Terry Armentrout, Commissioner, Washington DC, Area Manager, Lower Columbia | Mark Jones | 04/12/2002 |

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| | | Area Office. RE: Explanation of nearly doubled pumping power use bill. | | |
| 19 | | Letter from Darryl Beckmann, Regional Manager, BoR, To: Mr. Marvin Polehn, President, Board of Directors, TDID, cc: Mark Jones, Terry Armentrout, RE: cost allocation procedures | Sue Furst | 04/15/02 |
| 23 | | Clarence Bolin E-mail to Mark Jones and Terrald Kent RE: Table for The Dalles Draft, Attachment: Excel spreadsheets | Mark Jones | 09/28/03 |
| 24 | | Federal Defendants' Response To First Set of Interrogatories and Requests for Production | Sue Furst | 12/17/04 |
| 25 | | Report—" Irrigation Pumping Power Charges Federal Columbia River Power System | Sue Furst | 05/69 |
| 26 | | Report—"Irrigation Pumping Power Charges For Federal Reclamation Projects Pacific Northwest Federal Power System | Sue Furst | 03/18/66 |
| 27 | | Notes—"Bureau-BPA Irrigation Pumping Power Charges" handwritten at bottom: "Notes used for Discussion with Mr. Nelson 12-6-67,__________ 12-6-67 Handwritten notes re: Col Basin project | Sue Furst | |
| 28 | | Handwritten notes titled "Notes made prior to Dec 14 meeting with BPA Salmon Falls Div", 12-5-1967 Memo to Regional Director from Merritt J. Martz, Regional Supervisor of Power re: Irrigation Pumping Power Charges, suggestions re: Salmon Falls Division,______________ Table: "Cost Transfers from BPA to Bureau to | Sue Furst | |

| **Trial Ex. No.** | **CCO Cross Reference** | **Description** | **Deponent** | **Date** |
|---|---|---|---|---|
| | | Provide for Transmission of Bureau Reserved Power. | | |
| 29 | | 2-26-1967 David S. Blink(?) Memo re: Pumping power charges for new federal irrigation projects 12/9/1966 Memo to Regional Director from Acting Administrator, BPA re Irrigation pumping power charge for new federal reclamation projects—Columbia River Federal Power System. Memos have a fax cover sheet indicating they were faxed to Al Bolin from Sue Furst on 7/19/1989 | Sue Furst | 07/19/89 |
| 30 | | Blankenship letter, to John W. Keys,III re: revised charges for reserved power and energy.<br>Attached: "Memoranda of Understanding with the US BoR for the Delivery of Reserved Power and Energy", with handwritten note at top: "Draft, for discussion purposes only" | Sue Furst | 02/9/90 |
| 31 | | Blankenship letter, from John W. Keys III re: Proposed negotiation of Memoranda of Understanding (Power Contracts)<br>Attached: 4-17-90 Report: "USBR Reserved Power and Energy: A Brief History of Five Memoranda of Understanding" | Sue Furst | 04/10/90 |
| 32 | | H.T. Nelson letter from E. P. Yates, Army Corps of Engineers Discusses allocations and suballocations between commercial power and | Karen Miller | 12/27/67 |

| Trial Ex. No. | CCO Cross Reference | Description | Deponent | Date |
|---|---|---|---|---|
| | | irrigation pumping power | | |
| 36 | | Commission of Reclamation Memorandum to Secretary of the Interior | Patterson | 8/30/61 |
| 37 | | Polehn letter to McDonald, undated | McDonald | |
| 39 | | Fox letter to McDonald | McDonald | 7/12/01 |
| 40 | | Lloyd letter to Regional Director, Boise | Lloyd | 9/1/82 |
| 41 | | Harmon letter to Lloyd | Lloyd | 10/25/82 |
| 42 | | Bailey letter to Lloyd | Lloyd | 12/9/82 |
| 43 | | BPA letter to Lloyd | Lloyd | 12/14/84 |
| 44 | | Memorandum | Bolin | 3/10/66 |
| 46 | | Johnson memorandum to Regional Project Development Engineer, Boise | Bolin | 11/24/67 |
| 48 | | Bailey letter to Stessman | Bolin | 2/15/83 |
| 49 | | Revision Updates | Bolin | 12/31/89 |
| 54 | | Letter from Don Bailey to John Keys re Power Rates for The Dalles Project | Kent | 9/6/89 |
| 56 | | Kent letter to Richardson | Kent | 08/24/01 |
| 57 | | Kent letter to Richardson | Kent | 11/16/01 |
| 57A | | USBR Irrigation Pumping Power Contracts | Kent | 2002 |
| 62 | | Bailey letter to Department of Water, Power, and Lands | Kent | 10/4/89 |
| 63 | | Federal Defendants' Response to Plaintiff's Fourth Request for Interrogatories and Production | Keys | 05/10/05 |
| 64 | | United States Dept of the Interior Memorandum | Keys | 08/03/61 |
| 65 | | Memorandum of Understanding btwn Bonneville | Keys | 07/13/01 |

| **Trial Ex. No.** | **CCO Cross Reference** | **Description** | **Deponent** | **Date** |
|---|---|---|---|---|
| | | Power Administrator and Bureau of Reclamation | | |
| 69 | | Reclamation Manual | Keys | 05/19/00 |
| 70 | | Reclamation's Role in Hydropower | Keys | 10/05/04 |
| 71 | | Document; Report to the Secretary of the Interior: Bureau of Reclamation – Opportunities Exist to Improve Managerial Cost Information and Cost Recovery | Keys | 09/02 |
| 77 | | LF Terry Kent to Mike Richardson re: Revised Irrigation Pumping Power Rate—Dalles Project | Jones | 10/18/06 |
| 81 | | LF Terry Kent to Arden Shenker re: TDID's Pumping Division, Oregon | Kaiser | 11/07/03 |
| 82 | | Definite Plan Report—The Dalles Project, Western Division, Oregon | Eberle | 08/62 |
| 83 | | LF Terry Kent to Russell Rhoden re: Revised Irrigation Pumping Power Rate—Crooked River Project, WA | Eberle | 10/18/06 |
| 84 | | Memo from Charles Luce to John Keys re: Pumping Power Charges—The Dalles Project, Western Division, OR | Eberle | 12/13/61 |
| 86 | | Charge and Calculations—The Dalles Project (Revision #4, Ex. B of Contract 14-06-100-2911) | Eberle | 10/23/06 |
| 87 | | Fax from Clark Miller to David Eberle re: Revision #4, Ex. B of Contract 14-06-100-2911, The Dalles Project | Eberle | 01/08/07 |
| 88 | | Cost Allocation Report—The Dalles Dam, Columbia River, OR & WA—Basis of Allocation of Costs Adopted by the Chief of Engineers | Eberle | 03/67 |

| **Trial Ex. No.** | **CCO Cross Reference** | **Description** | **Deponent** | **Date** |
|---|---|---|---|---|
| 89 | CCO ex. C | Letter to Una Mae Harmon from the Bureau of Reclamation re: Response to Proposed Increase in Irrigation Pumping Power Rate | | 11/22/94 |
| 90 | CCO ex. D | Letter to Mike Richardson from the Bureau of Reclamation re: Revised Irrigation Pumping Power Rate | | 10/18/06 |
| 91 | CCO ex. E | Letter to Arden Shenker from the Bureau of Reclamation re: Response to Irrigation Pumping Power Cost Concerns | | 11/07/03 |
| 92 | CCO ex. F | 03/08/04 Meeting Review by COO | | 03/09/04 |
| 93 | CCO ex. K | Charge and Calculation The Dalles Project Revision Nos. 2 & 3 | | 1994 & 2001 |
| 94 | CCO ex. M | Letter to Russell Rhoden from the Bureau of Reclamation re: Revised Irrigation Pumping Power Rate | | 10/18/06 |
| 95 | CCO ex. R | Report of the BPA's Power Net Revenue Improvement Sounding Board | | 07/01/04 |
| 96 | CCO ex. S | Table 2.3.1—PNW Loads and Resources Study; 2006-2007 Fiscal Years; 1937 Water Year; [38] 2007 Final Rate Case | | 06/22/06 |
| | | | | |