IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE DALLES IRRIGATION DISTRICT, )
)
Plaintiff, )
)
v. ) No. 05-1042C
) (Judge Lettow)
THE UNITED STATES, )
)
Defendant. )

**DEFENDANT'S EXHIBIT LIST**

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, defendant plans to introduce the following exhibits either during the cross-examination of plaintiff's witnesses or during its case-in chief.

| Defense Exhibit No. | Date | Description of Exhibit | Offered Through | Disposition |
|---|---|---|---|---|
| 1 | 6/13/1960 | Transcript of hearing before the U.S. Senate Subcommittee on Irrigation and Reclamation on Senate Bill 2195 ("S. 2195") authorizing construction, operation, and maintenance of The Dalles Federal Reclamation Project | Judicial Notice[1] | |
| 2 | 6/22/1960 | Project Planning Report on The Western Division, The Dalles Project, Oregon | Judicial Notice | |
| 3 | 6/28/1960 | U.S. Senate Report No. 1752 regarding The Dalles Federal Reclamation Project to accompany S. 2195 | Judicial Notice | |
| 4 | 8/30/1960 | U.S. House of Representatives Report No. 2203 regarding The Dalles Federal Reclamation Project to accompany S. 2195 | Judicial Notice | |

[1] Defendant will request that the Court take judicial notice of defendant's exhibits 1-5 pursuant to Fed. R. Evid. 201.

| | | | | |
|---|---|---|---|---|
| 5 | 9/13/1960 | Authorizing Legislation of The Dalles Reclamation Project, Public Law 86-745, 74 Stat. 882 | Judicial Notice | |
| 6 | 10/19/1961 | Repayment contract between The United States of America and The Dalles Irrigation District ("TDID") | | |
| 7 | 8/1962 | Definite Plan Report | | |
| 8 | 3/26/1963 | Memorandum of Understanding between The Bonneville Power Administration and The Bureau of Reclamation "BOR"), including all Exhibits, Revisions, and Amendments | | |
| 9 | 3/1967 | Cost Allocation Report, The Dalles Dam | | |
| 10 | 9/28/1990 | Memorandum Implementing Revised Irrigation Power Rates for The Dalles and Other Projects | | |
| 11 | 2/15/1985 | Memorandum Implementing Irrigation Power Rates for Various Projects | | |

The following exhibits may be used by defendant to rebut plaintiff's evidence.

| **Defense Exhibit Number** | **Date** | **Description of Exhibit** | **Offered Through** | **Disposition** |
|---|---|---|---|---|
| 12 | 12/9/1982 | Letter from The Dalles Irrigation District to Bill Lloyd, BOR | | |
| 13 | 2/7/1983 | Letter from Neil Stessman, BOR, to Don Bailey, TDID | | |
| 14 | 4/15/2002 | Letter from Darryl Beckmann, BOR, to Marvin Polehn, TDID | | |

| | | | | |
|---|---|---|---|---|
| 15 | 5/15/2003 | Letter from Arden Shenker, Counsel for TDID, to Terry Kent, BOR | | |
| 16 | 11/07/2003 | Letter from Terry Kent, BOR, to Arden Shenker, Counsel for TDID, with enclosures | | |
| 17 | 1999-2006 | Notices of pumping charges sent to TDID | | |
| 18 | 2003-2007 | TDID Summary of Cost Recovery (FRE 1006) | | |
| 19 | 8/3/1961 | Memorandum relating to delivery of power for the operation of pumping plants at The Chief Joseph Project and The Dalles Project | | |
| 20 | 9/1/1961 | Letter from J.J. Mangan, BPA, to Regional Director, BOR | | |
| 21 | 12/1/1961 | Letter from Regional Director, BOR, to Administrator , BPA | | |
| 22 | 12/13/1961 | Letter from Administrator, BPA, to Regional Director, BOR | | |
| 23 | 1/15/2007 | Expert report of Dr. W. David Eberle | | |

Demonstrative exhibits will be furnished to the plaintiff 48 hours in advance of use at trial pursuant to the Court's pretrial order in Boston Edison Co. v. United States, No. 99-447C (Fed. Cl.), which the Court indicated would also apply in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL
CLARK MILLER
U.S. Department of the Interior
Attorney-Advisor
Field Solicitor's Office
960 Broadway Ave., Suite 400
Boise, ID 83706
Tel: (208) 334-1906
Fax: (208) 334-1918

October 22, 2007

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of October, 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo