IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant plans to introduce testimony from the witnesses listed below.

I. Defendant reserves the right to call any of the Government's witnesses listed in Plaintiff's Witness List, filed on October 1, 2007, in defendant's case-in-chief and rebuttal.

The witnesses which the defendant will produce in-person for the trial, at plaintiff's request, are:

1. Al Bolin
2. Sue Garifo
3. Mark Jones
4. Lisa Kaiser
5. Terrald Kent
6. Karen Miller
7. Ryan Petterson
8. Dennis Stocks

Defendant respectfully requests that the Court permit the following witnesses to testify via telephone, if available:

1. Darryl Beckman
2. John W. Keys, III
3. Bill McDonald

Plaintiff states in its witness list that it will introduce deposition testimony pursuant to RCFC 32 in the event that certain witnesses are not made available at trial by defendant. Defendant reserves the right to demand that plaintiff introduce other portions of those depositions pursuant to RCFC 32(a)(4). Defendant may also introduce other portions of the depositions that plaintiff seeks to admit as evidence.

II. Additionally, defendant may call the following witnesses in its case-in-chief and rebuttal:

1. Jerry Dinan
Accountant (retired)
Bonneville Power Administration
Portland, Oregon
Time required for direct examination: 2 hours.

Mr. Dinan is generally familiar with the Plaintiff's power rate and the components that

2. David Eberle
Ph.D. Public Policy Economist
W. David Eberle Consulting Inc.
Boise, Idaho
Time required for direct examination: 2hours

Mr. Eberle is a public policy economist hired to review the expert report of plaintiff's expert, Carol Opatrny.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL
CLARK MILLER
U.S. Department of the Interior
Attorney-Advisor
Field Solicitor's Office
960 Broadway Ave., Suite 400
Boise, ID 83706
Tel: (208) 334-1906
Fax: (208) 334-1918

/s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

October 22, 2007

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of October, 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo