UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA,**

Defendant.

Case No. 05-1042 C

Judge Charles F. Lettow

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION (DOCUMENT # 55) JUDICIAL NOTICE**

Plaintiff has no objection to the defendant's motion to request the judicial notice of legislative materials. Indeed, in the post-trial briefing already scheduled by the court the plaintiff may avail itself of other legislative materials of which the court property may take judicial notice in any event.

DATED this 29th day of October, 2007

SHENKER & BONAPARTE, LLP

By: /s/ Arden E. Shenker

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**

**Certificate of Filing**

I hereby certify that on the 30th day of October, 2007, a copy of the foregoing "Plaintiff's Memorandum of Contentions of Fact and Law" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

_____/s/ Arden E. Shenker__________
**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
One SW Columbia, Ste. 475
Portland OR 97258-2002
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiffs: **THE DALLES IRRIGATION DISTRICT**