IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: October 31, 2007)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Motion to Take Judicial Notice, filed October 24, 2007, and plaintiff's response, filed October 30, 2007, which indicates that plaintiff does not oppose the motion.

Defendant's motion is GRANTED. The court will take judicial notice of Defendant's Exhibits 1-5, which contain documents either generated or received by Congress in connection with approving The Dalles Federal Reclamation Project.

It is so ORDERED.

s/ Charles F. Lettow
Judge