IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: November 6, 2007)

| | |
|---|---|
| THE DALLES IRRIGATION DISTRICT, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

Pending before the court is defendant's Motion in Limine, which was filed on October 18, 2007. Defendant requests that the court exclude from evidence the testimony and expert report of the plaintiff's expert, Carol Opatrny.

During the final pre-trial conference conducted on November 6, 2007, the court heard arguments by plaintiff's and defendant's counsel on this matter. For the reasons stated on the record of the pre-trial conference, the court will allow Ms. Opatrny to testify so long as she is properly qualified through *voir dire*. Accordingly, defendant's motion is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge