# In the United States Court of Federal Claims

**05-1042C**

**Filed: December 11, 2007**

**THE DALLES IRRIGATION DISTRICT**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Portland, Oregon**
**November 13, 2007 through November 16, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.