UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA,**

Defendant.

Case No. 05-1042 C

Judge Charles F. Lettow

**PLAINTIFF'S MOTION TO CORRECT TRIAL TRANSCRIPT**

The Plaintiff moves the Court for an order making the following corrections to the official transcript of the trial herein, on November 13—16, 2007:

* Page 148, line 8: insert "of" after "depreciation"
* Page 376, line 5: "1,784" should be "17,834"
* Page 387, line 11: "first" should be "fish"
* Page 402 line 7: "No exhibit 19 answer is" should be "No, exhibit 19 is the answer to"
* Page 417, line 15: "used" should be "users"
* Page 455, line 20: insert "to" after "allocable"
* Page 612, at lines 4, 11, 15, and 20: "THE WITNESS" and "THE COURT" should be transposed
* Page 617, line 5: "as" should be "in"
* Page 619, line 12: "as" should be "and"
* Page 620, line 13: "Seattle" should be "BPA"

- * Page 625, lines19-20: "Mid-Columbia Utilities grant in Chelan" should be "Mid-Columbia utilities, Grant and Chelan"

- * Page 630, lines 11-12: "Power Planning Council" should be "Public Power Council"

- * Page 660, line 14: "contract" should be "contrast"

- * Page 678, line 20: "understand the Bureau to be" should be "understand it the Bureau had"

- * Page 690, line 8 : delete "Q"

The Defendant was invited to submit further corrections but has declined to do so at this time.

DATED this 10th day of January, 2008

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

By:______________________________

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiffs
**THE DALLES IRRIGATION DISTRICT**

**Certificate of Filing**

I hereby certify that on the 10th day of January, 2008, a copy of the foregoing "Plaintiff's Motion to Correct Trial Transcript" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiffs: **THE DALLES IRRIGATION DISTRICT**