# BONNEVILLE POWER ADMINISTRATION
# ANNUAL REPORT 1990



Our children will judge tomorrow the wisdom of
the decisions we make today.

Photo Credits:
Oregon Department of Fish and Wildlife
Bonneville Power Administration
Robin Cody

# Table of Contents


| | |
|---|---|
| Letter to the Secretary | 2 |
| Financial Highlights | 3 |
| Building a Firm Financial Base | 4 |
| Restoring Fish and Cleaning Up | 6 |
| Making Wise Energy Choices | 8 |
| Assuring Reliable Power | 10 |
| Working With the Region to Frame Our Future | 12 |
| Management's Discussion and Analysis | 14 |
| Federal Repayment | 18 |
| Financial Statements | 21 |
| Report of Independent Accountants | 34 |
| Generation and Sales Tables | 35 |
| General Specifications of Projects | 40 |
| Organization Chart | 42 |
| Administration Offices | 44 |
| Profile and Mission Statement | 45 |




# Letter to the Secretary

1990 was a year of significant achievement and improvement for BPA. Total 1990 revenues slightly exceeded those of 1989. But net earnings improved significantly, due to a very successful debt restructuring of BPA's non-Federal generating projects and improved efficiency within the organization. This performance is a direct result of BPA's commitment to strengthen its financial position for the 1990s — a decade that promises major challenges for Bonneville and the entire Pacific Northwest.

BPA has been a steward of the Federal Columbia River Power System for more than 50 years. It has had an enormous positive influence on the economic and environmental well-being of the Pacific Northwest. Our region is now undergoing fundamental changes. The responsibilities of stewardship are more important than ever.

Both the Northwest and BPA power systems are in load-resource balance. New resources are needed to meet the demands of an expanding economy. Many promising resources must be captured soon or may be lost forever, including conservation and better coordination with other utility systems.

BPA's extensive high-voltage transmission system will continue to be one of its greatest strengths. But, during the 90s, our system will need major replacements and reinforcements if we are to maintain our significant advantage.

We see a clear need for electric utilities to operate with increased concern for the environment. Environmental challenges will continue to change the way we operate our business. Our region is now addressing several petitions under the Endangered Species Act concerning Columbia River salmon. Bonneville has proposed a comprehensive region-wide solution called the Columbia Basin Accord to strengthen all salmon runs in the Columbia and Snake river systems.

If BPA is to retain and strengthen its stewardship role in the Pacific Northwest



and fulfill its responsibilities to its customers, it must adapt to this changing environment, and position itself to meet leadership challenges as they arise.

## Strengthening the Foundation

During 1990, BPA's long-term approach to strengthening its financial position significantly advanced. We completed refinancing high-interest Washington Public Power Supply System debt. This will reduce BPA debt service by an average of $85 million per year for 20 years. In addition, BPA's net revenues improved for the third straight year, and for the seventh year in a row we paid over $600 million to the U.S. Treasury.

Building on this improved footing, BPA has challenged itself and the region to finance its capital program in the 1990s without commensurate increases in long-term debt. In the next year we plan to develop, with our customers and other regional interests, a long-term financial strategy that will address this objective and reduce our dependence on the U.S. Treasury.

## Looking to the Future

BPA bought new resources in 1990 to meet our customers' needs. We accelerated conservation — our resource of first choice. We also started buying a mix of hydro efficiency improvements, co-generation, and small new generation resources. We moved ahead on shared storage and joint transmission projects with our neighbors in Canada and California.

And we launched, with the U.S. Army Corps of Engineers and the Bureau of Reclamation, a comprehensive review of the management of our major existing resource, the Columbia River. As demands on river water increase, we must determine how to balance all of the river's uses.

## Protecting the Environment

Environmental responsibility, always a high priority at BPA, took center stage on Earth Day, 1990. The Natural Resources Defense Council honored BPA as "the North American leader" in energy efficiency, environmentally sensitive resource planning, and public involvement. BPA responded with an endorsement of the "Valdez Principles," which articulate our concern for the global environment and reaffirm our aim to be the most competitive and socially responsible power system in the nation.

In 1990 we took the long view. Bonneville set a course to assure that our children, and theirs, will benefit from clean and reliable power at low, stable rates. This report reviews the year's major achievements in the light of what they will mean for us in coming years and for future generations.

**James J. Jura**
**Administrator**

# Financial Highlights

For the Years Ended September 30, 1990 and 1989

| Operating Results: | FY 1990 | FY 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| **Operating Revenues:** | | |
| Sales of electric power – | | |
| Sales within the Northwest region | $ 1,787,228 | $ 1,862,268 |
| Sales outside the Northwest region | 158,244 | 80,979 |
| Wheeling and other sales | 135,290 | 120,619 |
| Total operating revenues | 2,080,762 | 2,063,866 |
| Total operating expenses | 1,453,153 | 1,670,475 |
| Net operating revenues | 627,609 | 393,391 |
| Net interest expense | 350,902 | 353,490 |
| **Net Revenues** | $ 276,707 | $ 39,901 |
| **End of Year:** | | |
| **Total Assets (Net of Accumulated Depreciation)** | $15,051,014 | $14,260,965 |
| **Total Capitalization and Liabilities:** | | |
| Accumulated net expenses | $ (264,150) | $ (540,857) |
| Federal appropriations | 6,697,535 | 6,643,275 |
| Treasury borrowings | 1,694,499 | 1,794,499 |
| Non-Federal projects debt | 6,708,549 | 6,158,193 |
| Other | 214,581 | 205,855 |
| | $15,051,014 | $14,260,965 |
| **Employees (Staff Years)** | 3,280 | 3,312 |

## Total Operating Revenues




## Net Revenues (Expenses)






App. A, page 5 of 48
Plaintiff's Closing Argument

# Building a Firm Financial Base

Future Northwest ratepayers will look back on 1990 as a year in which BPA turned an important corner on the road to financial stability.

In November 1990, the Washington Public Power Supply System completed a series of six bond sales to refinance its nuclear projects. The proceeds — a total of roughly $3.9 billion — paid off higher-interest bonds issued years ago. Because BPA pays the Supply System's share of costs of WNP-1, WNP-2, and WNP-3, these bond sales reduce BPA's high fixed costs. Refinancing saves money now, and it will keep saving BPA an average of $85 million per year for 20 years.

*On Wall Street, the BPA refinancing team helped deliver nearly a billion dollars in interest savings.*





Water conditions in 1990 looked bad at first but came out almost average — a welcome improvement after three very dry years.

Because reservoirs weren't full to start the year, BPA agreed to loan energy to aluminum companies for the top quarter of their loads through Jan. 10. In return, BPA could have restricted their loads in the spring. When water flow improved, that option wasn't necessary. In fact BPA sold some nonfirm power over and above that associated with releasing water for fish. BPA passed up other spot-market sales in favor of boosting water storage for next year.

## Net Revenues Up

Bonneville finished the year $277 million in the black. This was a healthy improvement over 1989 net revenues of $40 million. Most of the increase was due to the successful refinancing of Supply System bonds.

Revenues from power sales to Northwest utilities were up slightly from 1989. Nonfirm revenues nearly doubled. Revenues from aluminum power sales, on the other hand, came in lower. Although BPA sold more power to aluminum companies, the variable rate tied to a falling aluminum market brought BPA

less money. Overall, revenues rose $17 million, or about 1 percent, over 1989.

Expenses were down. Because of refinancing, BPA spent $215 million less in 1990 than in 1989 to service Supply System debt. Overall, expenses dropped $220 million, or 11 percent, as BPA kept a firm grip on costs.

Bonneville paid the U.S. Treasury $618 million on Federal investment in the Columbia River power system. Treasury payments topped $600 million for the seventh year in a row.

## Holding the Line on Debt

Cost control, good current revenues, and benefits from refinancing set the stage for holding the line on Federal debt. Traditionally, BPA has financed all of its capital additions by borrowing from the U.S. Treasury. This practice must be critically reviewed in the light of Federal budget pressures and the magnitude of BPA's debt. At the end of 1990, Bonneville owed the U.S. Treasury and other bond holders about $15.3 billion. Its assets total about $15 billion.

On Sept. 25, BPA unveiled a proposal to fund a portion of its new capital investments over the next 10 years from current revenues. The proposal would move BPA away from its fully leveraged (100 percent debt-financed) position.

In meetings with its customers, BPA discussed the challenge of keeping a rein on its debt in the 1990s in the face of expanding program needs. The agency agreed to work with its customers and the public in the next year to develop a long-term financial plan.



*Anita Mertsching, BPA financial analyst, with her daughter Emily. "There was a real sense of excitement about refinancing," says Mertsching. "We could accomplish something big for Emily and her generation, as well as for our own."*

For now, BPA has adopted an interim policy to hold the line on debt during the next rate period. It intends to establish rates for 1992-93 that will be consistent with a goal of no net increase in Federal debt through the year 2001.

A disciplined financial approach will make BPA both stronger and more flexible. By borrowing less in 1992-93 than the limits Congress has approved, BPA will begin to build up a credit line to cover sudden swings in revenues and costs. This will help assure that, over the long term, Bonneville will be able to absorb sizeable financial shocks without cutting back on maintenance, fish and wildlife, restoration, power plant and conservation development, and other programs vital to the future prosperity of the Pacific Northwest.

# Restoring Fish and Cleaning Up



*A clean system and safe materials help maintain a healthy environment. Below, electrician Sam Brin scrubs a 230-kV transformer with a degreaser made from citrus peels.*



Our children have every right to expect that fish and wildlife will thrive in and around Northwest rivers, and that the earth, air, and water will be free of energy-related pollution. Hydroelectric power doesn't contribute to the greenhouse effect or global warming, but dams have harmed fish. And BPA, like other utilities, has used equipment containing toxic chemicals on its transmission system.

BPA's environmental efforts in 1990 focused on restoring fish runs and cleaning up the power grid.

## A Strong Commitment to Fish

To rebuild salmon and steelhead runs, Bonneville has spent nearly $1 billion over the past 10 years.

BPA follows a comprehensive fish and wildlife program of the Northwest Power Planning Council, working closely with Indian tribes and fish and wildlife agencies. BPA-funded hatcheries and fish projects aim for the Council's goal of adding 2.5 million adult salmon and steelhead to Columbia River Basin annual runs. BPA also foregoes power revenues to make water available for downstream migration of young salmon and steelhead.

The Council's program has seen some positive results. The Umatilla River, barren of fish runs for 50 years, hosted spring chinook runs of 13 fish in 1988, 164 in 1989, and over 2,000 in 1990. Elsewhere in the Columbia

Basin, BPA-funded fish projects have enhanced salmon streams.

The fish program is not an unqualified success, however. Overall, Columbia salmon runs in 1990 were much lower than predicted. Some stocks of wild salmon, with their greater genetic diversity than hatchery-bred fish, are not doing well at all. Now under consideration are proposals to list five wild stocks of Columbia and Snake River salmon under the Federal Endangered Species Act.

As a participant in the Salmon Summit — a regional effort initiated by Senator Mark Hatfield to address declining salmon runs — BPA proposed "The Columbia Basin Accord."

The Accord would be based on a comprehensive long-term agreement among key parties in the Pacific Northwest to reverse the decline and enhance the production of fish in the Columbia Basin, with particular attention to wild salmon and steelhead. BPA expects to invest at least $1.5 billion over the next 10 years in Columbia Basin Accord projects.

## Cleaning Up the Power System

In addition to its fish and wildlife concerns, Bonneville wants our children to inherit a clean transmission system. Like any other utility, BPA in the past used electrical equipment containing polychlorinated biphenyls, or PCBs. Chlorinated solvents were tools of the trade. But that was before research showed these substances could be harmful to human health.

A major clean-up is under way. BPA will replace over 25 percent of the PCB capacitors on the system by 1992, and will replace all of its PCB capacitors within 16 years. BPA has hired a contractor to study the clean-up of its Ross Complex in Vancouver, Washington. The complex was listed by the Environmental Protection Agency as a "Superfund" site in 1989. BPA has started to clean up and replace all four of its capacitor substations on the Pacific Northwest-Pacific Southwest Intertie.

No longer does BPA apply pentachlorophenol to preserve wood poles. Wherever possible, crews use biodegradable degreasers instead of chlorinated solvents to clean electrical equipment. Such degreasers are now used to remove oil from transformers in BPA's Lower Columbia Area.

Scientific studies have raised questions about whether or not electric and magnetic fields, or E/MF, affect human health. Bonneville supports E/MF research. BPA and five other utilities are studying the possible effects of high-voltage transmission lines on sheep. It may take years to learn whether E/MF are a hazard to humans. In the meantime, BPA brochures cover the latest E/MF studies and emerging information.

Bonneville's environmental responsibility extends beyond clean hydro and a safe transmission system. Hydro alone will not meet all future needs. The new resources we choose — as discussed in the next section — will have a big impact on Northwest quality of life for years to come.

*BPA's efforts have helped some Columbia River Basin fish runs, but serious problems remain.*



# Making Wise Energy Choices

In 1990, it became clear that the Northwest and BPA need to acquire new energy sources. The Northwest economy has slowed, but it's still growing. BPA completed the Resource Program it began in 1989, and started putting planning into action. Bonneville is buying the output of new resources, using existing resources more efficiently, and making broader West Coast agreements for real energy gains.

The 1990 Resource Program describes how much and what kinds of new resources BPA needs, and how it should buy them. Through the Resource Program, BPA does its part to meet the regional energy goals set out by the Northwest Power Planning Council. The Council is preparing its own regional 1991 Power Plan, which will guide BPA in developing future resources.

*Conservation saves energy and brings side benefits. New lighting and insulation make the Snohomish, Wash., children's library less costly to run. Contractor Phil Borg builds Super Good Cents homes because people want them. "When I bring up the heat pump for the same price, customers are sold."*



## A Mix of New Resources

Conservation is BPA's resource of first choice. An aggressive, steadily increasing conservation program, by itself, will meet much of the likely range of load growth BPA faces. Under the 1990 Resource Program, BPA will acquire 30 to 35 average megawatts a year of cost-effective conservation in homes, businesses, factories, and farms. The goal is to capture at least 200 average megawatts of conservation by 1997.

But conservation can't do it all. To meet the rest of the likely range of power needs, BPA is buying a diverse



mix of generation resources. For example, the Resource Program aims for over 100 average megawatts in efficiency gains at Federal dams.

To buy new resources, BPA is using new approaches. Billing credits will reward BPA customers who come up with new resources on their own and cut their need for BPA power. In July, Bonneville called for proposals for 50 average megawatts to test the billing credits mechanism. BPA received proposals for a total of 130 average megawatts.

Another 100 average megawatts should come through an "all sources" competitive bidding process.

In the 1990 Resource Program, a contingency plan prepares BPA in case load growth exceeds the likely range. BPA is weighing various options, such as natural gas turbines, to supplement the Northwest energy supply.

While marking out the least-cost path for energy development, BPA carefully weighs environmental effects. This year BPA started an Environmental Impact Statement to consider the cumulative effect of different mixes of energy choices for the 1992 Resource Program and beyond.

## Working With Our Neighbors

In the future, wise Northwest energy choices will depend more and more on cooperation with our neighbors in Canada and California. Energy exchanges, better transmission ties, and coordinated reservoir storage can help more than one region. BPA Administrator James Jura, B.C. Hydro Chairman Larry Bell, and the heads of other large power agencies north and south met this year to craft a West Coast Energy Vision. The Vision calls for collaborative energy planning among utilities to create the most cost-effective, environmentally sound power system possible.



*Coordinating more water storage behind Mica Dam has added to the firm power of Canada and the United States, without new construction.*

An example of the Vision's underlying good sense is a 10-year extension and expansion of the Non-Treaty Storage Agreement, signed by BPA and B.C. Hydro in July. The new agreement expands non-treaty water storage behind British Columbia's Mica Dam from the current 2 million acre-feet to 4.5 million acre-feet. Now the two agencies have an additional 300 average megawatts of firm energy to share. Nobody built anything. All it took was negotiation to use the Columbia River cooperatively and more efficiently.

At the same time, BPA and the Columbia Basin Fish and Wildlife Authority announced an agreement to assure that the new non-treaty storage pact will pose no risk to migrating fish. In fact, water gained from Canada may help BPA compensate for low flows on the Snake River.

The Vision, like BPA's Resource Program, recognizes that the environmental and economic consequences of energy development must be clearly identified and balanced. Our children will benefit from today's energy choices that are economically sound and socially responsible.

# Assuring Reliable Power





*Students on tour at the Celilo Converter Station and BPA labs learn about the latest electrical technology.*

A prime Bonneville responsibility, now and for the future, is to provide reliable electric power service for the region. The BPA transmission system delivers power to more than 150 utilities and direct service industries in the Northwest. BPA has over 14,700 circuit miles of high-voltage transmissions lines and 387 substations. If the Northwest had to build this system today, it would cost an estimated $10 billion.

Fortunately, the transmission system is already in place. But it's aging. The need for replacement parts is becoming critical. In addition, increasing power demands have strained the system to the point that it needs to be strengthened and expanded.

## Maintaining a Top-Notch System

To catch up and keep up, Bonneville in 1990 adopted a 10-year operations, maintenance, and replacement plan and started putting it to work. The plan maps a strategy for eliminating a backlog of preventive maintenance. It provides a blueprint for replacing aging equipment. The plan cites specific projects and budget priorities for operating, maintaining, and replacing the power system through the end of the century.

The 10-year plan fits BPA's overall commitment to social and environmental responsibility. New

laws regulate the use and disposal of hazardous substances and wastes. BPA not only complies with these laws but also takes active steps such as testing new, non-toxic solvents and conducting research on possible environmental hazards.

## New Challenges to Meet Growth

Looking to the future, Bonneville is expanding the transmission system to serve existing loads and to meet the needs of a growing Northwest economy. Through the 1980s, the BPA transmission system had more than adequate capacity to serve the region. Now, in some areas, excess capacity during peak loads is a thing of the past.

Power loads around Puget Sound are growing especially fast. A cold snap in February 1989 tested the Puget Sound transmission system to its limits. If only one of five cross-Cascades 500-kV lines had gone out, a widespread blackout could have occurred. BPA met with Puget Sound utilities and aluminum producers in 1990 to draw up plans to minimize the danger of blackouts in the near future. At the same time, BPA and the utilities are working to find a long-term solution. Possibilities include more conservation, shifting some loads to off-peak hours, building a new cross-Cascade transmission line, and/or building new power plants in the Puget Sound area.

BPA, The Washington Water Power Co., Idaho Power Co., and PacifiCorp are cooperating to solve a transmission bottleneck in the area around Lewiston, Idaho.

Efforts continue to boost intertie links with Canada and California.





*A stitch in time. Left, lineman Dennis Fisher installs equipment to keep a conductor steady in high winds. Above, Tony Gamma (left) and Sid Millman bolt the arm to a new tower. The old tower had started to slide down its unstable hillside. "It could have blacked out the whole Willamette Valley," says Gamma. "Think of it—kids in school, hospitals, old people at home. It gives you a real sense of doing something."*

Work on the Third Alternating Current Intertie moved ahead in 1990. The three co-owners of the Northwest portion of the intertie — BPA, PacifiCorp, and Portland General Electric Co. — came closer to agreement with their California counterparts on how costs and access are to be shared. The project will increase intertie capability by 1,600 megawatts.

Expanding the transmission system — along with the 10-year plan to better maintain it — will contribute to prosperity in the Northwest for years to come. The system works. BPA wants it to work even better, and for a long time. The next generation will inherit a transmission system that is reliable, economic, nonpolluting, and able to do the job.

# Working With the Region to Frame Our Future

In the last several years, BPA has developed a unique culture of collaboration and consultation.

Open and candid exchanges among customers and partners encourage a shared energy strategy. Through informal and formal public involvement, BPA works with the region to make decisions. In a rapidly changing environment, this constant contact keeps us evolving. Together, we can control costs and meet our customers' energy needs.

In 1990, this partnership bore fruit in two crucial areas: a regional commitment to fiscal discipline at BPA, and an interagency focus on balancing the competing uses of the Columbia River System.

*Public discussions help refine BPA's program and financial proposals – before decisions are made.*

## Sharing the Long-Term View

This year in a regular public process, Programs in Perspective, Bonneville opened its books for customers and the public to review proposed 1992-93 program levels and long-term financial strategy.

The region discussed increasing investments in conservation and other energy resources, in fish and wildlife, and in refurbishing the transmission system. Customers called for, and BPA will work with them to prepare, a 10-year financial plan for the agency. The plan will consider how to support BPA programs and stabilize power rates into the next century. Meanwhile, Bonneville will hold the line on its Federal debt in 1992-93.

While Programs in Perspective looks at BPA decisions, an interagency effort is necessary to address multiple uses of the Columbia River system.

In 1990, Bonneville joined with the U.S. Army Corps of Engineers and Bureau of Reclamation — the owners and operators of Federal dams — for a public review of how the Columbia



River system is managed.

The region has been asking more and more of the Columbia River and its Federal dams. The dams provide river transport, prevent flooding, water crops, produce power, and support recreation. A healthy river nurtures fish and wildlife.

There simply is not enough water flowing in the system today to meet all the demands. The System Operation Review will address competition among all of the river's uses. The process is evolving quickly to meet new regional challenges. If some stocks of salmon are listed under the Endangered Species Act, for example, other uses of the river may be severely cut back to allow more water for fish. The new public forum will address costs, benefits, and tradeoffs among all the competing demands.





*Future generations will benefit if we can balance the Columbia River's many competing uses.*

The System Operation Review will support other big decisions on the energy horizon, including return of downstream power to Canada required under the Columbia River Treaty, renewal of the Pacific Northwest Coordination Agreement, and replacement of BPA's long-term contracts with customers before they expire. These decisions are crucial to the continued stability of the region's power system. They all depend on cooperative use of the Columbia River.

## Cooperation is the Key

Programs in Perspective and the Columbia River System Operation Review are examples of how BPA conducts business openly with its constituents. Public involvement has become a way of life at BPA. On Earth Day, 1990, the Natural Resources Defense Council recognized BPA by saying: "Your public involvement program has become simply the best in the public sector. Anywhere. Period." Shortly thereafter, the Northwest Conservation Act Coalition gave BPA's external affairs manager its annual Eagle Award for public service in defense of the environment.

While working with others in the region doesn't always lead to consensus, it almost always leads to a better understanding among those who will be affected by BPA policy. It often leads to better decisions. And public scrutiny helps keep a lid on costs. As a result, BPA is better prepared to provide the low and stable electricity rates that are so important to the region's economic future.

App. A, page 15 of 48
Plaintiff's Closing Argument

# Management's Discussion and Analysis

## Results of Operations

Bonneville's revenues exceeded expenses by $277 million in 1990. This is a large increase over last year's net revenues of $40 million. The increase is due primarily to the successful refinancing of Washington Public Power Supply System bonds.

Total operating revenues increased $17 million from 1989, up 1 percent. Water conditions improved, ending in a near-average water year. For the first time in 4 years, BPA was able to make significant discretionary power sales during the spring runoff.

Total expenses decreased $220 million from 1989, down 11 percent. Most of this decrease is due to savings from refinancing Supply System bonds.

Because BPA is a not-for-profit Federal power marketing agency, net revenue over time is committed to repayment of the Federal investment in the Federal Columbia River Power System.

**Expense Trends**




## Operating and Interest Expenses

Operations and maintenance expenses were $692 million in 1990, up $4 million or 1 percent from 1989. This includes BPA, U.S. Army Corps of Engineers, Bureau of Reclamation, and Supply System operating expenses. Savings from refinancing Supply System bonds reduced non-Federal projects' expense from $606 million in 1989 to $391 million in 1990. Depreciation on Federal projects was an expense of $210 million, up 6 percent from 1989. The residential energy exchange cost BPA $160 million in 1990, 11 percent less than the previous year. 1989 expenses were higher due to the buyout of Clark and Snohomish County PUDs' Residential Exchange Program contracts.

Interest on long-term Federal debt decreased by $21 million in 1990. This reflects BPA's continuing effort to replace high-interest bonds with lower-interest bonds, reduced call-premium expenses, and increased interest earnings due to higher cash balances.

## Financing

1990 net revenues allowed BPA to restrain its borrowing from the Treasury. In its 1989 rate filing, BPA had planned to borrow $242 million from the Treasury in 1990. It actually borrowed only $50 million. At year's end, BPA announced a plan to continue to hold the line on new Federal debt. In fiscal 1992-93, BPA plans to generate revenues that will allow it to finance portions of new FCRPS capital additions from revenues. The agency plans to develop a 10-year financial strategy to improve the stability and predictability of its rates, and the strength and flexibility of its program support.

## Revenues and Sales

The Northwest economy continued to grow in 1990. BPA's Northwest utility load grew nearly 5 percent during the year.

BPA sells wholesale power to Northwest public and investor-owned utilities, direct-service industries, Federal agencies, and utilities outside the region. Total megawatthours sold increased 10 percent over 1989.

In addition to continued economic growth, these sales figures reflect improved water conditions. 1990 finished in a near-average water year, ending a three-year drought. BPA had discretionary power supplies to sell as nonfirm energy during the spring runoff. Northwest utilities purchased 2,265,420 MWh of nonfirm energy. Utilities outside the region bought 8,573,559 MWh of nonfirm energy after Northwest markets were met, coordinated reservoirs were refilled, and additional storage had also been filled.

Trends in revenues vary by customer class and type of power purchased. Total operating revenues increased by $17 million, or about 1 percent. This is the third consecutive year of increased sales and revenues.

## Northwest Publicly Owned Utilities

Sales to publicly owned utilities increased $25 million, up 3 percent. This category includes 39 municipalities, 28 public utility districts, and 56 cooperatives. Together they are Bonneville's largest customer group. Revenues were $909 million in 1990.

Because publicly owned utilities serve residential, commercial, and industrial loads, their consumption of BPA power is fairly stable. After

### 1990 Sources of Revenue




### 1990 Disposition of Revenue and Net Revenues




### Selected Quarterly Information (Unaudited)[1]

| 3 Months Ended | December 31 | March 31 | June 30 | September 30 |
|---|---|---|---|---|
| | (Thousands of Dollars) | | | |
| 1990 | | | | |
| Operating Revenues | $530,327 | $602,328 | $481,733 | $466,374 |
| Operating Expenses | 382,980 | 344,155 | 327,620 | 398,398 |
| Net Interest Expenses | 88,180 | 87,152 | 92,488 | 83,082 |
| Net Revenues | $ 59,167 | $171,021 | $ 61,625 | $(15,106) |
| 1989 | | | | |
| Operating Revenues | $556,958 | $554,999 | $499,421 | $452,488 |
| Operating Expenses | 369,865 | 445,288 | 406,711 | 448,611 |
| Net Interest Expenses | 96,912 | 86,968 | 86,196 | 83,414 |
| Net Revenues | $ 90,181 | $ 22,743 | $6,514 | $(79,537) |

[1] BPA's net revenues are normally higher in the first and second quarters of the fiscal year than in the third and fourth. In fall and winter, loads grow to serve Northwest heating needs. In warmer weather, loads decline and BPA spends more on yearly maintenance.

### Publicly Owned Utilities




### Aluminum Industry




### Investor-owned Utilities




2 years of declining energy sales in 1986 and 1987, sales increased in 1988, 1989, and 1990.

## Aluminum Industry

This group includes eight of BPA's direct-service customers. Aluminum companies' energy use can change quickly with the world price of aluminum. In 1987, BPA established the variable industrial rate to smooth the cyclical nature of the industry. When the aluminum market is soft and prices are low, these customers are able to stay in business because their cost for electric power is low. When strong world-wide demand for aluminum pushes prices higher, the aluminum companies pay BPA higher rates for electricity.

After 2 years of high demand, aluminum prices fell to 66.4 cents per pound in February 1990. The variable industrial rate fell from 26 mills per kilowatthour at the beginning of the fiscal year, to its minimum level of 16.2 mills per kWh in May 1990, and ended the fiscal year at 23 mills per kWh. All the region's smelters remained in full production. Megawatthour sales to the aluminum industry increased by 1 percent. Revenues from this customer class were $579 million in 1990, down 19 percent from 1989, reflecting the lower variable rate.

The 1990 dip in aluminum prices and revenues is not as severe as that experienced in 1986-87.

## Northwest Investor-owned Utilities

Revenues from Northwest investor-owned utilities were $239 million in 1990, up 16 percent from 1989.

This group is made up of eight utilities which buy power from BPA primarily to replace their own higher-cost resources. Sales to this class increased in 1990 due to greater availability of low-cost nonfirm energy. Future sales to this class of customers will continue to vary with the weather.

### Megawatthours Used by Customer Class



## Other Northwest Power Sales

Included in this group are six Federal agencies and eight direct-service, non-aluminum industrial customers. 1990 revenues were $60 million, up 13 percent from 1989.

## Sales Outside the Northwest

BPA's customers outside the region include 12 publicly owned utilities, seven investor-owned utilities, and one Federal agency. Revenues were $158 million in 1990, almost double revenues from this class in 1989. This, too, reflects the improved water year.

Sales of electric power to this group fluctuate with the availability of nonfirm energy. Factors affecting availability include reservoir levels and demand for power in the Northwest. Megawatthour sales to this group in 1990 were the highest since 1987, and more than double those of 1989. The price per kilowatthour for nonfirm energy tends to decline when supplies are good, so that megawatthour sales increase more than revenues.

Revenues from these sales are also affected by the price of gas and oil, which fuel alternative generation in California. The price of gas and oil dropped in 1986 and 1987. The prices were higher again in 1989 and 1990, but nonfirm energy availability remained low in 1989, and moderate in 1990.

## Wheeling and Other Sales

1990 revenues were $135 million, up 12 percent from 1989.

These revenues change with the amount of power available for utilities to export outside the Northwest. This year's increase is due to improved water conditions allowing other utilities to wheel more power over BPA's transmission system.

### Other Northwest Power Sales




### Sales Outside the Northwest




### Electric Power Sales by Customer Class




### Wheeling and Other Sales



# Federal Repayment

## Basis for Financial Reporting

BPA prepares financial statements for the FCRPS to report its financial condition as if it were a public utility. The financial statements are independently audited by Price Waterhouse, independent accountants, in accordance with generally accepted auditing standards. Power rates are based on the FCRPS revenue requirement study. While the financial statements show historical results, the revenue requirement study shows projected costs to be recovered from rates. The revenue requirement study considers BPA's obligation to recover costs and sets a revenue level sufficient to meet those obligations. Costs include operation and maintenance; non-Federal projects debt service; interest; and recovery of the FCRPS investment in power generation, conservation, fish and wildlife, and transmission facilities. The two sets of financial reports measure different things: historical results in the financial statements and projected obligations in the revenue requirement study.

## Revenue Requirement Study

The revenue requirement study, which demonstrates repayment of Federal investment, reflects revenues and costs from the 1989 Wholesale Power and Transmission Rate Proceedings. On September 29, 1989, the Federal Energy Regulatory Commission approved the proposed rates on an interim basis for the test period fiscal years 1990 and 1991.

## Repayment Demonstration

BPA is required by P.L. 89-448 to demonstrate that the reimbursable costs of the FCRPS are scheduled to be returned to the U.S. Treasury from BPA net revenues within the period prescribed by law. BPA is required to make a similar demonstration for the costs of irrigation projects which are beyond the ability of the 22 irrigation water users to repay. These requirements are met by conducting power repayment studies which demonstrate repayment of principal within the allowable repayment period.

Since 1985, BPA has prepared separate repayment demonstrations for generation and transmission in accordance with an order issued by the Commission on January 27, 1984 (26 FERC 61,096).

## Repayment Obligation

BPA's rates must be designed to collect enough revenue to return the reimbursable power costs of each FCRPS investment and each irrigation assistance obligation within the time prescribed by law. In the absence of a specific legislated period, the costs must be returned within 50 years from the date the investment is capable of producing revenue or within the investment's average service life, whichever is less. If existing rates are not likely to meet this requirement, BPA must take action to adjust its rates.

Whether the Federal investment is repaid within the time allowed can be shown by comparing the unrepaid investment resulting from BPA's repayment schedule with the allowable unrepaid investment resulting from a "term schedule" on a year-by-year basis. A term schedule represents a repayment schedule whereby each investment would be repaid in total in the year it was due.

The reporting requirements of P.L. 89-448 are met as long as the unrepaid FCRPS investment and irrigation assistance resulting from BPA's repayment schedule is less than or equal to the allowable unrepaid investment in each year. Although the comparison is illustrated by graphs representing total FCRPS generation and total FCRPS transmission investment, the actual comparison is performed on an investment-by-investment basis.

## Repayment of FCRPS Investment

The graphs for Unrepaid Federal Generation and Transmission Investment illustrate that the unrepaid investment resulting from BPA's generation and transmission repayment

App. A, page 20 of 48
Plaintiff's Closing Argument

schedules is always less than the allowable unrepaid investment. This demonstrates that BPA's rates are sufficient to recover all reimbursable costs of FCRPS investments on or before their due dates.

The term schedule lines in the graphs show how much of the investment can remain unpaid in accordance with the repayment period for the generation and transmission components of the FCRPS. The BPA repayment schedule lines show how much of the investment remains to be repaid according to BPA's repayment schedules. In each year, BPA's repayment schedule is ahead of the term schedule.

This occurs because BPA plans repayment both to comply with investment due dates and to minimize costs over the 50-year repayment period. Costs are minimized by repaying highest interest-bearing investments first, to the extent possible. This will result in some investments being repaid before their due dates, while assuring that all other investments will be repaid by their due dates.

These graphs include the costs of replacements necessary to maintain the existing FCRPS generation and transmission facilities.

The Unrepaid Federal Investment graph displays the total planned unrepaid FCRPS investment compared to allowable total unrepaid FCRPS investment omitting replacements. This shows that the FCRPS investment expected through fiscal year 1991 is scheduled to be returned to the U.S. Treasury within the 50-year repayment period and ahead of due dates.

**Unrepaid Federal Generation Investment**[1]




**Unrepaid Federal Transmission Investment**[1]




[1] Includes future replacements.

App. A, page 21 of 48
Plaintiff's Closing Argument

## Repayment of Irrigation Assistance

BPA plans to meet irrigation assistance obligations in the year they are due over the next 50 years. It is Federal policy that BPA will pay irrigation assistance on or before due dates until all irrigation assistance obligations have been met.

## Repayment Policy

BPA's repayment policy is considered in determining its revenue requirements and rate levels. This policy, based on BPA's interpretation of laws and Department of Energy regulations, requires that FCRPS revenues be sufficient to:

1. Pay the cost of obtaining power through purchase and exchange agreements (non-Federal projects).

2. Pay the cost of operating and maintaining the power system.

3. Pay interest on and repay the outstanding revenue bonds sold to the Treasury to finance transmission system construction, conservation, and fish and wildlife projects.

4. Pay interest on the unrepaid investment in power facilities financed with appropriated funds. (Federal hydroelectric projects are all financed with appropriated funds, as were BPA transmission facilities constructed before 1978.)

5. Pay, with interest, any outstanding deferral.

6. Repay the power investment in each Federal hydroelectric project within 50 years after it goes into service (except for the Chandler Project, which has a legislated repayment period of 66 years).

7. Repay each increment of the investment in the BPA transmission system financed with appropriated funds within the average service life of the transmission facilities (45 years).

8. Repay the investment in each replacement at a Federal hydroelectric project within its service life.

9. Repay construction costs at Federal reclamation projects which are beyond the ability of the irrigators to pay, and which are assigned for payment from commercial power revenues, within the same period available to the water users for making payments. These periods range from 40 to 66 years with 50 years being applicable to most of the irrigation payment assistance.

Investments bearing the highest interest rate will be repaid first, to the extent possible, while still completing repayment of each increment of investment within its prescribed repayment period.

**Unrepaid Federal Investment**[1]




[1] Includes generation and transmission through fiscal year 1991. Excludes future replacements.



App. A, page 22 of 48
Plaintiff's Closing Argument

# Statements of Revenues and Expenses

For the Years Ended September 30, 1990 and 1989

| | 1990 | 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| **Operating Revenues:** | | |
| Sales of electric power – | | |
| Sales within the Northwest region – | | |
| Publicly owned utilities | $ 909,024 | $ 884,080 |
| Aluminum industry | 578,591 | 718,288 |
| Investor-owned utilities | 239,364 | 206,793 |
| Other power sales | 60,249 | 53,107 |
| Sales outside the Northwest region | 158,244 | 80,979 |
| | 1,945,472 | 1,943,247 |
| Wheeling and other sales | 135,290 | 120,619 |
| Total operating revenues | 2,080,762 | 2,063,866 |
| **Operating Expenses:** | | |
| Operations and maintenance | 691,847 | 687,434 |
| Non-Federal projects (Note 4) | 391,216 | 605,597 |
| Federal projects depreciation | 210,249 | 197,832 |
| Residential exchange (Note 5) | 159,841 | 179,612 |
| Total operating expenses | 1,453,153 | 1,670,475 |
| Net operating revenues | 627,609 | 393,391 |
| **Interest Expense:** | | |
| Interest on Federal investment | | |
| Appropriated funds | 228,398 | 223,753 |
| Long-term debt | 138,002 | 159,045 |
| Allowance for funds used during construction (AFUDC) | (15,498) | (29,308) |
| Net interest expense | 350,902 | 353,490 |
| **Net Revenues** | $ 276,707 | $ 39,901 |

The accompanying notes are an integral part of these statements.

App. A, page 23 of 48
Plaintiff's Closing Argument

# Balance Sheets

September 30, 1990 and 1989

| Assets | 1990 | 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| **Utility Plant** (Notes 1 and 3): | | |
| Completed plant | $ 9,029,179 | $ 8,922,125 |
| Accumulated depreciation | (2,221,254) | (2,089,395) |
| | 6,807,925 | 6,832,730 |
| Construction work in progress | 272,403 | 226,575 |
| Net utility plant | 7,080,328 | 7,059,305 |
| **Non-Federal Projects** (Notes 1 and 4): | | |
| Hanford | 12,220 | 17,105 |
| WNP No. 1 | 2,318,400 | 2,176,195 |
| WNP No. 2 | 2,309,415 | 2,178,620 |
| WNP No. 3 | 1,897,159 | 1,610,433 |
| Trojan | 119,125 | 122,600 |
| Conservation | 13,635 | 14,145 |
| Idaho Falls | 38,595 | 39,095 |
| Total non-Federal projects | 6,708,549 | 6,158,193 |
| **Conservation,** net of accumulated amortization of $201,568 in 1990 and $160,542 in 1989 (Notes 1 and 2) | 533,253 | 534,472 |
| **Fish and Wildlife,** net of accumulated amortization of $6,656 in 1990 and $4,278 in 1989 (Notes 1 and 2) | 40,148 | 26,334 |
| **Current Assets:** | | |
| Cash | 323,014 | 210,666 |
| Accounts receivable | 12,378 | 9,454 |
| Accrued unbilled revenues | 91,572 | 85,837 |
| Materials and supplies, at average cost | 42,012 | 38,819 |
| Prepaid expenses | 182,250 | 96,350 |
| Total current assets | 651,226 | 441,126 |
| **Other Assets** | 37,510 | 41,535 |
| | $15,051,014 | $14,260,965 |

App. A, page 24 of 48
Plaintiff's Closing Argument

| Capitalization and Liabilities | 1990 | 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| **Accumulated Net Expenses** (Note 1) | $ (264,150) | $ (540,857) |
| **Federal Appropriations** (Note 3) | 6,697,535 | 6,643,275 |
| **Long-Term Debt** (Note 2) | 1,644,499 | 1,744,499 |
| **Non-Federal Projects Debt,** net of current portion (Notes 1 and 4) | 6,622,599 | 6,080,643 |
| Total capitalization and long-term liabilities | 14,700,483 | 13,927,560 |
| **Commitments and Contingencies** (Notes 6 and 7) | | |

| | | |
|---|---|---|
| **Current Liabilities:** | | |
| Current portion of long-term debt | 50,000 | 50,000 |
| Current portion of non-Federal projects debt (Notes 1 and 4) | 85,950 | 77,550 |
| Accounts payable | 136,972 | 125,180 |
| Employees' accrued leave | 14,283 | 12,905 |
| Total current liabilities | 287,205 | 265,635 |
| **Deferred Credits** | 63,326 | 67,770 |
| | $15,051,014 | $14,260,965 |

The accompanying notes are an integral part of these statements.

App. A, page 25 of 48
Plaintiff's Closing Argument

Case 1:05-cv-01042-CFL Document 68-2 Filed 01/17/2008 Page 26 of 48



# Statements of Changes in Capitalization

For the Years Ended September 30, 1990 and 1989

| | Accumulated Net Expenses | Federal Appropriations | Long-Term Debt | Non-Federal Projects Debt | Total Capitalization |
|---|---|---|---|---|---|
| | | | (Thousands of Dollars) | | |
| **Balance at September 30, 1988** | $(580,758) | $6,590,253 | $1,792,499 | $6,048,245 | $13,850,239 |
| Increase in Federal appropriations: | | | | | |
| Operations and maintenance | – | 97,768 | – | – | 97,768 |
| Construction | – | 55,219 | – | – | 55,219 |
| Repayment of Federal appropriations: | | | | | |
| Operations and maintenance | – | (97,768) | – | – | (97,768) |
| Construction | – | (2,197) | – | – | (2,197) |
| Increase in long-term debt | – | – | 272,000 | – | 272,000 |
| Reduction of long-term debt: | | | | | |
| Repayment | – | – | (150,000) | – | (150,000) |
| Refinance | – | – | (120,000) | – | (120,000) |
| Net increase in non-Federal projects debt | – | – | – | 176,528 | 176,528 |
| Payment of non-Federal projects debt | – | – | – | (66,580) | (66,580) |
| Net revenues | 39,901 | – | – | – | 39,901 |
| **Balance at September 30, 1989** | (540,857) | 6,643,275 | 1,794,499 | 6,158,193 | 14,055,110 |
| Increase in Federal appropriations: | | | | | |
| Operations and maintenance | – | 104,953 | – | – | 104,953 |
| Construction | – | 67,056 | – | – | 67,056 |
| Repayment of Federal appropriations: | | | | | |
| Operations and maintenance | – | (104,953) | – | – | (104,953) |
| Construction | – | (12,796) | – | – | (12,796) |
| Increase in long-term debt | – | – | 50,000 | – | 50,000 |
| Reduction of long-term debt: | | | | | |
| Repayment | – | – | (150,000) | – | (150,000) |
| Refinance | – | – | – | – | – |
| Net Increase in non-Federal projects debt | – | – | – | 621,979 | 621,979 |
| Payment of non-Federal projects debt | – | – | – | (71,623) | (71,623) |
| Net revenues | 276,707 | – | – | – | 276,707 |
| **Balance at September 30, 1990** | $(264,150) | $6,697,535 | $1,694,499 | $6,708,549 | $14,836,433 |

The accompanying notes are an integral part of these statements.

App. A, page 26 of 48
Plaintiff's Closing Argument

# Statements of Cash Flows

For the Years Ended September 30, 1990 and 1989

| | 1990 | 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| **Cash from Operating Activities:** | | |
| Net revenues | $ 276,707 | $ 39,901 |
| Expenses not requiring cash: | | |
| Depreciation | 166,845 | 158,402 |
| Amortization | 43,404 | 39,430 |
| Amortization of non-Federal projects | 71,623 | 66,580 |
| AFUDC | (15,498) | (29,308) |
| (Increase) decrease in: | | |
| Receivables and unbilled revenues | (8,659) | 6,519 |
| Materials and supplies | (3,193) | (3,121) |
| Prepaid expenses | (85,900) | (8,027) |
| Increase (decrease) in: | | |
| Accounts payable | 11,792 | 11,638 |
| Employees' accrued leave | 1,378 | 1,048 |
| Litigation settlement | – | (20,000) |
| Other | (419) | 9,999 |
| Cash provided by operating activities | 458,080 | 273,061 |
| **Cash Used for Investment Activities:** | | |
| Investment in: | | |
| Utility plant | (172,370) | (159,569) |
| Conservation | (39,807) | (41,819) |
| Fish and wildlife | (16,192) | (8,268) |
| Non-Federal projects | (621,979) | (176,528) |
| Cash used for investment activities | (850,348) | (386,184) |
| **Cash from Borrowing and Appropriations:** | | |
| Increase in Federal appropriations: | | |
| Operations and maintenance | 104,953 | 97,768 |
| Construction | 67,056 | 55,219 |
| Repayment of Federal appropriations: | | |
| Operations and maintenance | (104,953) | (97,768) |
| Construction | (12,796) | (2,197) |
| Increase in long-term debt | 50,000 | 272,000 |
| Repayment of long-term debt | (150,000) | (150,000) |
| Refinance of long-term debt | – | (120,000) |
| Net increase in non-Federal projects debt | 621,979 | 176,528 |
| Payment of non-Federal projects debt | (71,623) | (66,580) |
| Cash from borrowing and appropriations | 504,616 | 164,970 |
| Increase in cash | 112,348 | 51,847 |
| **Beginning Cash Balance** | 210,666 | 158,819 |
| **Ending Cash Balance** | $ 323,014 | $210,666 |

The accompanying notes are an integral part of these statements.

App. A, page 27 of 48
Plaintiff's Closing Argument

# Notes to Financial Statements

September 30, 1990 and 1989

## 1. Summary of General Accounting Policies

The Federal Columbia River Power System (FCRPS) includes the accounts of the Bonneville Power Administration (BPA), which purchases, transmits, and markets power, and the accounts of the Pacific Northwest generating facilities of the U.S. Army Corps of Engineers (Corps) and the Bureau of Reclamation (Reclamation) for which BPA is the power marketing agency. Each entity is separately managed and financed, but the facilities are operated as an integrated power system with the financial results combined under the FCRPS title. Costs of multipurpose Corps and Reclamation projects are assigned to specific purposes through a cost allocation process. Only the portion of total project costs allocated to power is included in these statements.

FCRPS accounts are maintained in accordance with generally accepted accounting principles and the uniform system of accounts prescribed for electric utilities by the Federal Energy Regulatory Commission (Commission). FCRPS accounting policies also reflect specific legislation and executive directives issued by U.S. Government departments (BPA is a unit of the Department of Energy; Reclamation is part of the Department of Interior and the Corps is part of the Department of Defense). FCRPS properties and income are tax-exempt.

### Regulatory Authority

FCRPS power rates must be confirmed and approved by the Commission.

### Revenues and Net Revenues

Operating revenues are recorded on the basis of service rendered, which includes estimated unbilled revenues.

Bonneville's rates are established in accordance with several statutory directives. Rates proposed by Bonneville are subjected to an extensive formal review process, after which they are established by Bonneville and reviewed by the Commission. The Commission's review is limited to three standards set out in the Northwest Power Act. The Commission reviews Bonneville's rates for all firm power, for nonfirm energy sold within the Region, and for transmission services under such statutory standards that include a requirement that these rates be sufficient to assure repayment of the Federal investment in the Federal System over a reasonable number of years after first meeting Bonneville's other costs.

After final Commission approval, Bonneville's rates may be reviewed by the United States Court of Appeals for the Ninth Circuit. Action seeking such review must be filed within 90 days of the final Commission decision. The Commission and the Court of Appeals may either confirm or reject a rate proposed by Bonneville. It is the opinion of Bonneville's General Counsel that, if a rate were rejected, it would be remanded to Bonneville for reformulation. By contract, Bonneville has agreed that rates for the sale of power pursuant to its present contracts may not be revised on less than nine month's notice and may not be increased more than once in a twelve month period.

The Commission has approved on an interim basis Bonneville's rates for fiscal years 1990 and 1991.

Because BPA is a nonprofit U.S. Government power marketing agency, net revenues over time are committed to repayment of the U.S. Government investment in the FCRPS and the payment of certain irrigation costs as discussed in Note 6.

### Utility Plant

Utility plant is stated at original cost. Cost includes direct labor and materials, payments to contractors, indirect charges for engineering, supervision and similar overhead items, and an allowance for funds used during construction. The costs of additions, major replacements, and betterments are capitalized. Repairs and minor replacements are charged to operating expense. The cost of utility plant retired, together with removal costs and less salvage, is charged to accumulated depreciation when it is removed from service.

### Allowance for Funds Used During Construction

The allowance for funds used during construction (AFUDC) constitutes interest on the funds used for utility plant under construction. AFUDC is capitalized as part of the cost of utility plant and results in a non-cash reduction of interest expense. While cash is not realized currently from this allowance, it is realized under the rate-making process over the service life of the related property through increased revenues resulting from higher plant in-service and higher depreciation expense.

AFUDC capitalization rates are stipulated in the Congressional Acts authorizing construction for certain generating projects (2.5% to 9.1% in 1990 and 2.5% to 9.8% in 1989). Capitalization rates for other construction approximate the cost of borrowings from the U.S. Treasury (8.9% in 1990 and 9.3% in 1989).

### Depreciation and Amortization

Depreciation of utility plant is computed on the straight-line method based on estimated service lives of the various classes of property, which average 45 years for transmission and 85 years for generation. Amortization of conservation and fish and wildlife is computed on the straight-line method based on estimated service lives, which are 20 years for conservation and 15 years for fish and wildlife.

### Non-Federal Projects and Non-Federal Projects Debt

BPA has agreed to acquire all or part of the generating capability of five nuclear power plants and one hydro project. BPA has also agreed to fund debt service on Eugene Water & Electric Board (EWEB) bonds issued to finance conservation programs sponsored by BPA. The non-Federal projects will be amortized as such costs are scheduled to be recovered in rates.

### Retirement Benefits

FCRPS employees belong to either the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS). FCRPS and employees contribute to the systems. Both are contributory pension plans. Retirement benefit expense under CSRS is equivalent to 7% of eligible employee compensation and under FERS is variable based upon options chosen by the participant but does not exceed 24.2% of eligible employee compensaion. Retirement benefits are payable by the U.S. Treasury and not by the FCRPS.

### Cash

For purposes of reporting cash flows, cash includes cash in the BPA fund and unexpended appropriations of Reclamation and the Corps. Cash paid for interest was $351 million in 1990 and $356 million in 1989.

## 2. Long-Term Debt

To finance its capital programs, BPA is authorized by the Federal Columbia River Transmission System

Act to issue to the U.S. Treasury up to $3.75 billion of interest-bearing debt with terms and conditions comparable to debt issued by U.S. Government corporations. A portion ($1.25 billion) of the $3.75 billion is reserved for conservation and renewable resource loans and grants. At September 30, 1990, $487 million of this reserved amount and $1,207 million of other borrowings were outstanding. The following table reflects the terms and amounts of long-term debt.

## 3. Federal Appropriations

Construction and replacement of Corps and Reclamation generating facilities are financed by annual Federal appropriations. Annual appropriations are also made for their operation and maintenance costs, although these are repaid by BPA to the U.S. Treasury by the end of each fiscal year. BPA construction and operations and maintenance costs were also financed by appropriations before the Federal Columbia River Transmission System Act was passed in 1974.

Interest rates on the appropriated funds range from 2.5% to 8.9% (the weighted average rate was 3.4% in 1990 and 1989). The rates have been set by law, administrative order pursuant to law, or administrative policies.

Federal appropriations relating to generating projects and the transmission system are to be repaid to the U.S. Treasury within 50 and 45 years, respectively, from the time each facility is placed in service. The cumulative amount of Federal appropriations repaid through September 30, 1990 exceeded the amount required to be repaid.

### Long-term Debt[1]

| Issue Date | First Call Date | Maturity Date | Interest Rate | Construction & Fish & Wildlife | Conservation | Cumulative Total |
|---|---|---|---|---|---|---|
| | | | | (Thousands of Dollars) | | |
| Bonds | | | | | | |
| Mar 1986 | none | 1991 | 7.80% | $ – | $ 50,000 | $ 50,000 |
| June 1987 | none | 1992 | 8.35% | 100,000 | – | 150,000 |
| June 1987 | none | 1992 | 8.35% | – | 50,000 | 200,000 |
| Sept 1989 | none | 1995 | 8.60% | – | 66,000 | 266,000 |
| Mar 1986 | none | 1996 | 8.15% | 100,000 | – | 366,000 |
| Mar 1986 | none | 1996 | 8.15% | – | 50,000 | 416,000 |
| May 1989 | none | 1999 | 8.95% | 25,000 | – | 441,000 |
| May 1989 | none | 1999 | 8.95% | 75,000 | – | 516,000 |
| Sept 1989 | none | 2002 | 8.65% | – | 66,000 | 582,000 |
| [illegible] 1987 | 1992 | 2007 | 9.30% | – | 75,000 | 657,000 |
| [illegible] 1988 | 1993 | 2008 | 9.90% | – | 90,000 | 747,000 |
| July 1989 | none | 2009 | 8.55% | – | 40,000 | 787,000 |
| Sept 1978 | 1983 | 2013 | 8.95% | 50,000 | – | 837,000 |
| June 1979 | 1984 | 2014 | 9.45% | 28,799 | – | 865,799 |
| July 1987 | 1992 | 2017 | 9.55% | 95,000 | – | 960,799 |
| Feb 1988 | 1993 | 2018 | 9.50% | 43,700 | – | 1,004,499 |
| Jan 1990 | 2000 | 2030 | 9.25% | 50,000 | – | 1,054,499 |
| June 1986 | 1991 | 2031 | 8.95% | 300,000 | – | 1,354,499 |
| Apr 1987 | 1992 | 2032 | 9.30% | 100,000 | – | 1,454,499 |
| July 1987 | 1992 | 2032 | 9.55% | 50,000 | – | 1,504,499 |
| [illegible] 1988 | 1993 | 2033 | 9.50% | 150,000 | – | 1,654,499 |
| June 1988 | 1993 | 2033 | 9.90% | 40,000 | – | 1,694,499 |
| | | | | $1,207,499 | $487,000 | $1,694,499 |
| Less current portion | | | | | | (50,000) |
| | | | | | | $1,644,499 |

[1] The weighted average interest rate was 9.0% and 9.2% on outstanding long-term debt as of September 30, 1990 and 1989, respectively. All the construction, conservation, and fish and wildlife bonds are term bonds.

### Federal Appropriations

| | Term Repayments (a) (Thousands of Dollars) |
|---|---|
| 1991 | $ – |
| 1992 | 1,408 |
| 1993 | 17,785 |
| 1994 | 11,061 |
| 1995 | – |
| After 1995 | 6,667,281 |
| | $6,697,535 |

(a) Excludes planned payments on future replacements.

If, in any given year, there are not enough revenues to cover all cash needs, including interest, any deficiency becomes unpaid annual expense. Interest is accrued on unpaid annual expense until paid. This must be paid from subsequent years' revenues before any repayment of Federal appropriations can be made.

The table above shows the term repayments of the remaining Federal appropriations as of September 30, 1990.

# 4. Non-Federal Projects

BPA has acquired all or part of the generating capability of five nuclear power projects. The contracts to acquire the generating capability of the projects, referred to as "net-billing agreements," require BPA to pay all or part of the annual project budgets, including debt service, whether or not the projects are completed. BPA has also acquired all of the output of the Idaho Falls Bulb/Turbine project and has agreed to fund debt service on EWEB bonds issued to finance conservation programs sponsored by BPA.

BPA recognizes expenses for these projects based upon total project cash funding requirements reflected in project budgets that are adopted by BPA and the Washington Public Power Supply System (Hanford Generating Project, WNP No.'s 1-3), Eugene Water and Electric Board (Trojan, EWEB Conservation), and City of Idaho Falls (Idaho Falls Hydro). Operating expense for the projects is included in operations and maintenance in the accompanying Statements of Revenues and Expenses.

Following restoration of the Supply System's bond rating in late 1988, BPA and the Supply System developed a refunding plan to refinance outstanding high-interest rate net-billed bonds. By the end of fiscal year 1990, four

## Non-Federal Projects Debt Service

| Project and Percent Capability Acquired | | Actual 1989 | Actual 1990 | Forecasted Non-Federal Debt Service (a) 1991 | 1992 | 1993 | 1994 | 1995 | 1996 + | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (Thousands of Dollars) | | | | | | | | |
| Hanford Nuclear 72% | Principal | $ 3,230 | $ 4,885 | $ 5,585 | $ 5,835 | $ 800 | $ – | $ – | $ – | $ 12,220 |
| | Interest (b) | 527 | (305) | (524) | (1,977) | (712) | (362) | (297) | – | (3,872) |
| | | 3,757 | 4,580 | 5,061 | 3,858 | 88 | (362) | (297) | – | 8,348 |
| WNP No. 1 100% | Principal | 18,970 | 23,552 | 24,455 | 26,905 | 28,910 | 30,560 | 32,365 | 2,175,205 | 2,318,400 |
| | Interest | 185,524 | 139,748 | 149,220 | 152,705 | 150,173 | 148,021 | 136,930 | 1,773,430 | 2,510,479 |
| | | 204,494 | 163,300 | 173,675 | 179,610 | 179,083 | 178,581 | 169,295 | 3,948,635 | 4,828,879 |
| WNP No. 2 100% | Principal | 28,510 | 23,476 | 32,800 | 32,345 | 34,780 | 37,445 | 40,375 | 2,131,670 | 2,309,415 |
| | Interest | 194,024 | 152,473 | 154,586 | 178,846 | 173,038 | 170,328 | 167,346 | 1,546,066 | 2,390,210 |
| | | 222,534 | 175,949 | 187,386 | 211,191 | 207,818 | 207,773 | 207,721 | 3,677,736 | 4,699,625 |
| WNP No. 3 70% | Principal | 11,315 | 14,905 | 17,995 | 25,715 | 30,745 | 32,720 | 34,875 | 1,755,109 | 1,897,159 |
| | Interest | 148,623 | 17,615 | 102,502 | 107,697 | 105,247 | 102,937 | 100,797 | 1,581,932 | 2,101,112 |
| | | 159,938 | 32,520 | 120,497 | 133,412 | 135,992 | 135,657 | 135,672 | 3,337,041 | 3,998,271 |
| Trojan Nuclear 30% | Principal | 3,305 | 3,475 | 3,660 | 3,840 | 4,055 | 4,275 | 4,500 | 98,795 | 119,125 |
| | Interest | 6,187 | 6,230 | 5,382 | 5,197 | 4,987 | 4,771 | 4,539 | 27,741 | 52,617 |
| | | 9,492 | 9,705 | 9,042 | 9,037 | 9,042 | 9,046 | 9,039 | 126,536 | 171,742 |
| EWEB Conservation | Principal | 780 | 830 | 915 | 1,090 | 1,155 | 1,230 | 1,305 | 7,940 | 13,635 |
| | Interest | 1,118 | 818 | 1,013 | 816 | 751 | 682 | 607 | 1,680 | 5,549 |
| | | 1,898 | 1,648 | 1,928 | 1,906 | 1,906 | 1,912 | 1,912 | 9,620 | 19,184 |
| Idaho Falls Hydro 100% | Principal | 470 | 500 | 540 | 575 | 635 | 685 | 755 | 35,405 | 38,595 |
| | Interest | 3,014 | 3,014 | 3,333 | 3,288 | 3,238 | 3,182 | 3,119 | 32,952 | 49,112 |
| | | 3,484 | 3,514 | 3,873 | 3,863 | 3,873 | 3,867 | 3,874 | 68,357 | 87,707 |
| | | $605,597 | $391,216 | $501,462 | $542,877 | $537,802 | $536,474 | $527,216 | $11,167,925 | $13,813,756 |

(a) Estimates in these columns are consistent with BPA's proposed 1991 Rate Filing adjusted for savings from the bond refundings through series 1990B.
(b) When negative amount is shown, interest income on project funds exceeds interest expense.

advance refunding sales were completed. The final refunding was completed in November 1990, refunding [illegible] million of previously outstanding bonds with $608 million of new bonds. In total $3.9 billion of refunding bonds were issued to refinance $3.3 billion of previously outstanding bonds. These advance refundings reduced the cash requirements pursuant to the project budgets BPA is required to pay under the net-billing agreements by $146.7 million in fiscal 1990 and $105.4 million in 1991 from 1989 levels. Additionally the structure of the advance refundings allowed the use of cash reserves held by the bond trustee to further reduce the project budgets for fiscal 1990 and 1991. In 1990 this resulted in $68.5 million of lower project budgets for WNP Nos. 1 and 3. The 1991 project budgets for WNP Nos. 1 and 2 are also reduced by $107.1 million due to the use of cash reserves.

In summary, non-Federal project expense included in the Statement of Revenues and Expenses was reduced by $215.2 million relating to these non-recurring factors. Future principal and interest payments required for non-Federal projects total $13.8 billion, of which $7.1 billion represents interest.

BPA's commitment under the net-billing agreements extends for the life of the projects. Construction on two projects, WNP No. 1 and WNP No. 3, has been delayed indefinitely. A construction restart of WNP No. 1 and WNP No. 3 and the need for additional financing will depend on factors such as the forecasted power needs in the Pacific Northwest and the cost effectiveness of these projects compared to other resources.

## 5. Residential Exchange

As provided for in the Pacific Northwest Electric Power Planning and Conservation Act of 1980, Section 5(c), BPA entered into Residential Exchange contracts with several electric utilities. These contracts allow each utility to sell to BPA its qualified residential and irrigation load at the average system cost of the utility's resources. In exchange, BPA sells to the utilities electric power for their residential and irrigation loads at BPA's priority firm power rates. Purchases and sales of electric power by BPA during fiscal years 1990 and 1989 under these contracts were as follows:

**Residential Exchange**

| | 1990 | 1989 |
|---|---|---|
| | (Thousands of Dollars) | |
| Expense | $820,969 | $811,456 |
| Revenue | (661,128) | (631,844) |
| **Net Residential Exchange Expense** | $159,841 | $179,612 |

Residential Exchange expense includes approximately $3.4 million and $26 million, for fiscal years 1990 and 1989, respectively, for terminating Clark and Snohomish County PUD's Residential Exchange Program contracts.

## 6. Commitments and Contingencies

### Irrigation Assistance

Legislation requires that FCRPS net revenues be used to pay the U.S. Treasury for costs allocated to irrigation of certain Pacific Northwest projects that are determined to be beyond the ability of the irrigation water users to repay. The first irrigation assistance payment from power net revenues is planned to be made in 1997, and cumulative payments could ultimately total $811 million. Although such costs are expected to be paid by power ratepayers, these costs are for the benefit of the water users and are not a regular operating cost of the power program. Accordingly, these costs will be reflected in the financial statements when paid.

### Net-Billing Agreements

BPA has agreed with the Supply System that, in the event any Participant shall be unable for any reason, or shall refuse, to pay to the Supply System any amount due from such Participant under its net-billing agreement for which a net billing credit or cash payment to such Participant has been provided by the BPA, BPA will be obligated to pay the unpaid amount in cash directly to the Supply System, unless payment of such unpaid amount is made in a timely manner pursuant to the net-billing agreements.

### Nuclear Insurance

BPA is a member of Nuclear Electric Insurance Limited (NEIL) established to provide insurance coverage for replacement power costs resulting from an accidental outage at a member's nuclear site, and excess property damage and decontamination liability. Under its property and decontamination coverage, BPA could be subject to a maximum assessment of $7.3 million in the event of a loss to any NEIL-insured nuclear plant.

As a separate requirement, BPA is liable under the Nuclear Regulatory Commission's (NRC) indemnity for public liability coverage under the Price-Anderson Act. In the event of a nuclear

incident, BPA could be subject to a retrospective assessment of $63 and $18.9 million, limited to an annual maximum of $10 and $3 million for WNP No. 2 and Trojan, respectively.

### Decommissioning Costs

Decommissioning costs are charged to operations over the operating life of each project. Sinking funds for these costs are being funded monthly or annually, as payments are made pursuant to the net-billing agreements, for WNP No. 2 and Trojan, respectively. The sinking funds are expected to provide for decommissioning at the end of each project's operating life in accordance with NRC requirements. Sinking fund requirements for WNP No. 2 and Trojan are based upon periodically updated estimates of decommissioning costs.

The estimated decommissioning costs for WNP No. 2 are $403 million (in 1987 dollars). Total payments to the sinking fund for the years ended September 30, 1990 and 1989 were $2,598,000 and $1,421,000, respectively.

The estimated decommissioning costs for Trojan are $117 million (in 1986 dollars), 30% of which are BPA's responsibility. Total payments to the sinking fund for the years ended September 30, 1990 and 1989 were $1,808,000 and $715,000, respectively.

Decommissioning costs are included in Operations and maintenance expense in the Statement of Revenues and Expenses.

## 7. Litigation

### Involving the Washington Public Power Supply System (The Supply System)

On January 22, 1982, the Supply System stopped construction of two nuclear projects: WNP No. 4 at Hanford and WNP No. 5 at Satsop. WNP Nos. 1 and 4 and WNP Nos. 3 and 5 were to be built as two sets of twin plants, sharing many common elements, including design and some shared facilities. Costs of constructing the twin plants were to be shared equitably. Chemical Bank, the WNP Nos. 4 and 5 bond trustee, now seeks to have the terminated plants' portion of those shared costs retroactively reallocated to WNP Nos. 1 and 3. On October 5, 1990 the court ruled that principles of equitable cost allocation required the application of principles akin to those espoused by Chemical Bank. The court stated that because such principles were not applied, WNP Nos. 4 and 5 apparently have more than their fair and equitable share of construction costs. The court set a hearing in February, 1991 to reopen discovery and to set a trial date on cost sharing issues.

If Chemical Bank is successful, this could result in these two projects assuming additional costs of up to $1 billion, including interest through September 30, 1990. Because of the net-billing agreements discussed in Note 4, which require BPA to pay the participants' portion of the annual project costs for WNP Nos. 1, 2 and 3, BPA might be required to fund judgments against the Supply System affecting the net-billed projects. BPA General Counsel cannot predict the outcome of this matter.

In addition to the above litigation, there are lawsuits against the Supply System which have asserted a right to execute on all the assets of the Supply System, including WNP Nos. 1, 2 and 3, to satisfy judgments related to WNP Nos. 4 and 5. The Washington Supreme Court has ruled that the utilities who loaned money to the Supply System to pay for the mothballing and termination of WNP Nos. 4 and 5 were limited to satisfying their judgment from the funds of WNP Nos. 4 and 5. Two claims for goods and services provided for WNP Nos. 4 and 5 have resulted in money damages against the Supply System; however, a Washington State court judge has ruled in one case that the judgment is only recoverable from WNP Nos. 4 and 5 funds.

In the other case the Federal District Court ruled that a debt for work performed on WNP No. 5 was only payable from WNP Nos. 4 and 5 project funds. BPA will vigorously oppose any attempt of these litigants to satisfy their claims from the assets of WNP Nos. 1, 2 and 3, and in the opinion of BPA General Counsel, the likelihood of the litigants being able to satisfy their claims from the assets of WNP Nos. 1, 2 and 3 to the extent they are WNP Nos. 4 and 5 debts, is remote.

## Involving Rates

BPA is involved in litigation concerning various rate matters. In the opinion of BPA General Counsel, either the likelihood of success by the filing party is remote; the ultimate outcome will not have a material effect on the FCRPS financial statements; or any payments by BPA resulting from the litigation would be recovered through future rates.

## Other Matters

Certain other claims, suits and complaints have been filed or are pending against entities of FCRPS. In the opinion of BPA General Counsel and Management for those entities, the actions are either without merit or involve amounts which are not material to the FCRPS financial statements.

App. A, page 33 of 48
Plaintiff's Closing Argument

# Schedule of Amount and Allocation of Plant Investment

September 30, 1990

| | Total | Commercial Power | | |
|---|---|---|---|---|
| | | Completed Plant | Construction Work in Progress | Total Commercial Power |
| | (Thousands of Dollars) | | | |
| **Bonneville Power Administration-** Transmission facilities | $ 3,634,052 | $3,465,240 | $168,812 | $3,634,052 |
| **Bureau of Reclamation-** | | | | |
| Boise | 87,904 | 10,666 | 304 | 10,970 |
| Columbia Basin | 1,781,639 | 1,059,289 | 15,006 | 1,074,295 |
| Hungry Horse | 109,363 | 77,092 | 7,467 | 84,559 |
| Minidoka-Palisades | 283,046 | 14,338 | 3,771 | 18,109 |
| Yakima | 179,089 | 6,391 | 107 | 6,498 |
| Total Bureau projects | 2,441,041 | 1,167,776 | 26,655 | 1,194,431 |
| **Corps of Engineers-** | | | | |
| Albeni Falls | 37,495 | 34,707 | 488 | 35,195 |
| Bonneville | 851,138 | 794,225 | 4,930 | 799,155 |
| Chief Joseph | 556,039 | 546,339 | 529 | 546,868 |
| Cougar | 62,388 | 18,791 | 1,443 | 20,234 |
| Detroit-Big Cliff | 68,009 | 41,374 | 30 | 41,404 |
| Dworshak | 361,652 | 302,555 | 1,740 | 304,295 |
| Green Peter-Foster | 90,822 | 50,144 | 27 | 50,171 |
| Hills Creek | 49,176 | 17,554 | 20 | 17,574 |
| Ice Harbor | 184,617 | 134,044 | 1,302 | 135,346 |
| John Day | 601,753 | 426,686 | 25,566 | 452,252 |
| Libby | 609,221 | 473,204 | 585 | 473,789 |
| Little Goose | 254,017 | 210,521 | 1,515 | 212,036 |
| Lookout Point-Dexter | 99,393 | 47,299 | 96 | 47,395 |
| Lost Creek | 150,443 | 27,033 | 28 | 27,061 |
| Lower Granite | 404,137 | 330,141 | 1,044 | 331,185 |
| Lower Monumental | 261,769 | 217,500 | 1,700 | 219,200 |
| Lower Snake | 186,961 | 156,660 | 29,122 | 185,782 |
| McNary | 352,619 | 280,753 | 150 | 280,903 |
| The Dalles | 341,017 | 286,633 | 6,621 | 293,254 |
| Total Corps projects | 5,522,666 | 4,396,163 | 76,936 | 4,473,099 |
| Irrigation assistance at 12 projects having no power generation | 198,765 | – | – | – |
| Total plant investment | 11,796,524 | 9,029,179 | 272,403 | 9,301,582 |
| Repayment obligation retained by Columbia Basin project | 4,639 | 2,836 (a) | – | 2,836 |
| Investment in Teton project (b) | 79,107 | – | 7,269 | 7,269 |
| Total | $11,880,270 | $9,032,015 | $279,672 | $9,311,687 |

(a) Amount represents joint facilities transferred to Bureau of Sports Fisheries and Wildlife. This is included in other assets in the accompanying balance sheets.
(b) The $7,269,000 commercial power portion of the Teton project is included in other assets in the accompanying balance sheets. Teton amounts exclude interest totaling approximately $2.2 million subsequent to June 1976 which was charged to expense.

**Schedule A**

| Irrigation: Returnable from Commercial Power Revenues | Irrigation: Returnable from Other Sources | Irrigation: Total Irrigation | Nonreimbursable: Navigation | Nonreimbursable: Flood Control | Nonreimbursable: Fish and Wildlife | Nonreimbursable: Recreation | Nonreimbursable: Other | Percent of Total Returnable from Commercial Power Revenues |
|---|---|---|---|---|---|---|---|---|
| (Thousands of Dollars) | | | | | | | | |
| $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | 100.0% |
| 19,481 | 40,625 | 60,106 | – | 16,828 | – | – | – | 34.6% |
| 556,576 | 88,725 | 645,301 | 1,000 | 55,513 | 4,850 | 154 | 526 | 91.5% |
| – | – | – | – | 24,804 | – | – | – | 77.3% |
| 10,352 | 61,522 | 71,874 | – | 64,523 | 1,640 | 7,170 | 119,730 | 10.1% |
| 11,498 | 120,997 | 132,495 | – | 1,017 | 38,828 | 251 | – | 10.0% |
| 597,907 | 311,869 | 909,776 | 1,000 | 162,685 | 45,318 | 7,575 | 120,256 | 73.4% |
| – | – | – | 159 | 200 | – | 1,941 | – | 93.9% |
| – | – | – | 48,632 | – | – | 1,289 | 2,062 | 93.9% |
| 230 | – | 230 | – | – | – | 3,977 | 4,964 | 98.4% |
| – | 3,077 | 3,077 | 547 | 38,322 | – | – | 208 | 32.4% |
| – | 5,140 | 5,140 | 231 | 21,234 | – | – | – | 60.9% |
| – | – | – | 9,521 | 34,403 | – | 13,433 | – | 84,1% |
| – | 5,864 | 5,864 | 368 | 30,508 | – | 1,856 | 2,055 | 55.2% |
| – | 4,332 | 4,332 | 628 | 26,370 | – | – | 272 | 35.7% |
| – | – | – | 46,429 | – | – | 2,842 | – | 73.3% |
| – | – | – | 90,211 | 21,330 | – | 11,551 | 26,409 | 75.2% |
| – | – | – | – | 97,754 | 870 | 6,171 | 30,637 | 77.8% |
| – | – | – | 35,326 | – | – | 4,051 | 2,604 | 83.5% |
| – | 1,492 | 1,492 | 746 | 49,239 | – | 521 | – | 47.7% |
| – | 2,204 | 2,204 | – | 53,484 | 24,535 | 29,461 | 13,698 | 18.0% |
| – | – | – | 52,479 | – | – | 12,631 | 7,842 | 81.9% |
| – | – | – | 39,330 | – | – | 2,822 | 417 | 83.7% |
| – | – | – | 1,179 | – | – | – | – | 99.4% |
| – | – | – | 68,564 | – | – | 3,152 | – | 79.7% |
| – | – | – | 45,641 | – | – | 2,100 | 22 | 86.0% |
| 230 | 22,109 | 22,339 | 439,991 | 372,844 | 25,405 | 97,798 | 91,190 | 81.0% |
| 154,901 | 43,864 | 198,765 | – | – | – | – | – | 77.9% |
| 753,038 | 377,842 | 1,130,880 | 440,991 | 535,529 | 70,723 | 105,373 | 211,446 | 85.2% |
| 1,803 | – | 1,803 | – | – | – | – | – | 100.0% |
| 56,573 | 3,681 | 60,254 | – | 9,151 | – | 2,433 | – | 80.7% |
| $811,414 | $381,523 | $1,192,937 | $440,991 | $544,680 | $70,723 | $107,806 | $211,446 | 85.2% |

# Report of Independent Accountants

## Price Waterhouse

To the Administrator of
Bonneville Power Administration,
United States Department of Energy:

In our opinion, the accompanying balance sheets and the related statements of revenues and expenses, changes in capitalization and cash flows present fairly, in all material respects, the financial position of the Federal Columbia River Power System (FCRPS) at September 30, 1990 and 1989, and the results of its operations, changes in capitalization and its cash flows for the years then ended in conformity with generally accepted accounting principles. These financial statements are the responsibility of FCRPS's management; our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit of these statements in accordance with generally accepted auditing standards which require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for the opinion expressed above.

As discussed in Note 7 to the financial statements, pending litigation related to the allocation of certain costs among Washington Public Power Supply System nuclear projects may have a significant impact on FCRPS. The ultimate outcome of the litigation cannot presently be determined. Accordingly, the accompanying financial statements do not include any adjustments which might result from the outcome of this litigation.

Our examination was made for the purpose of forming an opinion on the basic financial statements taken as a whole. The Schedule of Amount and Allocation of Plant Investment as of September 30, 1990, (Schedule A) is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the examination of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

Price Waterhouse

Portland, Oregon
December 14, 1990

# Generation and Sales Tables

**Generation by the Principal Electric Utility Systems of the Pacific Northwest (a)**

| Table 1 | 1990 | |
|---|---|---|
| | Thousands of MWH | Percent of Total |
| **Publicly Owned** | | |
| Federal Columbia River Power System(b) | 92,600 | 49.9 |
| Grant County PUD | 3,700 | 2.0 |
| Chelan County PUD | 3,500 | 1.9 |
| Seattle City Light | 9,000 | 4.9 |
| Douglas County PUD | 950 | .5 |
| Tacoma City Light | 4,100 | 2.2 |
| Eugene Water & Electric Board | 700 | .4 |
| Pend Oreille County PUD | 500 | .3 |
| **Total Publicly Owned** | 115,050 | 62.1 |
| **Investor-owned** | | |
| Pacific Power & Light | 21,600 | 11.7 |
| Idaho Power Co. | 7,500 | 4.0 |
| Montana Power Co. | 4,050 | 2.2 |
| Portland General Electric Co. | 13,500 | 7.3 |
| Washington Water Power Co. | 8,800 | 4.7 |
| Puget Sound Power & Light | 14,900 | 8.0 |
| **Total Investor-owned** | 70,350 | 37.9 |
| **Total Generation** | 185,400 | 100.0 |

(a) Generation shown is for members of the Northwest Power Pool plus Pend Oreille County PUD and the Washington Public Power Supply System. British Columbia Hydro and Power Authority, Sierra Pacific Power Co., Trans Alta Utilities, Utah Power & Light Co., and West Kootenay Power and Light, who are members of the Power Pool, are not included because their service areas are outside the Pacific Northwest.

(b) Includes: Pacific Northwest generating facilities of the Bureau of Reclamation and Corps of Engineers; Washington Public Power Supply System's nuclear plant (WNP-2) and Packwood hydro plant; the Okanogan PUD share of Wells; the municipality shares (Forest Grove, McMinnville, and Milton-Freewater) of Priest Rapids; the Snohomish PUD share of the Centralia steam plant and the Jackson hydro plant; the Federal share of the Trojan nuclear plant; the Pacific NW Generating Company's share of Boardman; the PGE-Kinzua cogeneration project; the Clark County PUD-Great Western Malting cogeneration project; the Seattle City Light and Tacoma City Light shares of Southern Columbia Basin Irrigation District hydro generation; the Seattle City Light Rocky Brook Project: and the PP & L Mid-Fork cogeneration and Whiskey Run projects.

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

| Table 2 | 1990 | | | |
|---|---|---|---|---|
| **Northwest Region-Municipalities** | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
| Albion, ID | 7 | $ 26 | 3,158 | $ 53 |
| Ashland,OR | 339 | 1,173 | 155,264 | 2,632 |
| Bandon, OR | 126 | 439 | 55,483 | 939 |
| Blaine, WA | 105 | 367 | 52,761 | 899 |
| Bonners Ferry, ID | 94 | 326 | 32,930 | 562 |
| Burley, ID | 212 | 731 | 102,425 | 1,733 |
| Canby, OR | 267 | 923 | 113,247 | 1,927 |
| Cascade Locks, OR | 38 | 126 | 18,192 | 300 |
| Centralia, WA | 349 | 1,210 | 128,067 | 2,213 |
| Cheney, WA | 212 | 732 | 100,143 | 1,699 |
| Cons. Irrig. Dist., WA | 4 | 14 | 1,251 | 21 |
| Coulee Dam, WA | 29 | 102 | 14,477 | 249 |
| Declo, ID | 7 | 24 | 3,114 | 52 |
| Drain,OR | 60 | 207 | 29,294 | 494 |
| Eatonville,WA | 44 | 151 | 18,622 | 317 |
| Ellensburg, WA | 308 | 1,066 | 155,399 | 2,626 |
| Eugene, OR | 2,773 | 9,423 | 1,717,651 | 29,221 |
| Fircrest, WA | 92 | 321 | 42,235 | 721 |
| Forest Grove, OR | 313 | 1,024 | 148,442 | 2,525 |
| Heyburn, OR | 169 | 586 | 91,354 | 1,542 |
| Idaho Falls,ID | 1,049 | 3,632 | 484,067 | 8,207 |
| McCleary, WA | 79 | 273 | 35,433 | 598 |
| McMinnville, OR | 807 | 2,738 | 402,943 | 6,821 |
| Milton, WA | 101 | 352 | 46,797 | 798 |
| Milton-Freewater, OR | 157 | 487 | 70,879 | 1,213 |
| Minidoka, ID | 2 | 6 | 793 | 13 |
| Monmouth, OR | 124 | 427 | 55,369 | 945 |
| Port Angeles, WA | 1,060 | 3,696 | 659,229 | 11,142 |
| Richland, WA | 1,197 | 4,142 | 541,554 | 9,138 |
| Rupert, ID | 157 | 540 | 72,659 | 1,236 |
| Seattle, WA | 72 | (90) | 1,877,918 | 31,835 |
| Soda Springs, ID | 47 | 161 | 22,745 | 386 |
| Springfield, OR | 1,451 | 5,022 | 741,180 | 12,475 |
| Steilacoom, WA | 90 | 310 | 39,417 | 676 |
| Sumas, WA | 25 | 89 | 12,912 | 217 |
| Tacoma, WA | 2,991 | 10,013 | 2,528,961 | 42,528 |
| Troy, MT | 31 | 104 | 14,436 | 243 |
| Vera Irrig. Dist., WA | 336 | 1,162 | 152,782 | 2,600 |
| WPPSS, WA | 83 | 288 | 42,552 | 722 |
| **Total Municipalities** (39) | 15,407 | $52,323 | 10,786,135 | $182,518 |

App. A, page 37 of 48
Plaintiff's Closing Argument

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued — 1990

| Public Utility Districts | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
|---|---|---|---|---|
| Benton Co. | 2,811 | $ 9,726 | 1,361,704 | $ 21,341 |
| Central Lincoln | 2,448 | 8,466 | 1,366,679 | 22,994 |
| Chelan Co. | 361 | 165 | 16,654 | 305 |
| Clallam Co. | 1,065 | 3,427 | 449,547 | 7,120 |
| Clark Co. | 5,711 | 19,821 | 2,947,658 | 50,265 |
| Clatskanie | 1,431 | 4,952 | 888,107 | 14,893 |
| Columbia River | 519 | 1,679 | 266,970 | 4,190 |
| Cowlitz Co. | 5,406 | 18,479 | 3,684,207 | 61,709 |
| Douglas Co. | 454 | 209 | – | – |
| Emerald | 847 | 2,727 | 379,289 | 5,917 |
| Ferry Co. | 194 | 626 | 100,297 | 1,550 |
| Franklin Co. | 1,168 | 4,037 | 580,101 | 9,113 |
| Grant Co. #2 | 1,171 | 658 | 28,180 | 487 |
| Grays Harbor | 2,103 | 7,278 | 1,118,907 | 18,938 |
| Kittitas Co. | 64 | 193 | 27,446 | 413 |
| Klickitat Co. | 528 | 1,698 | 255,201 | 3,895 |
| Lewis Co. | 1,121 | 3,670 | 663,533 | 10,673 |
| Mason Co. # 1 | 118 | 379 | 50,603 | 799 |
| Mason Co. # 3 | 990 | 2,793 | 452,537 | 6,798 |
| Northern Wasco Co. | 442 | 1,530 | 203,495 | 3,431 |
| Okanogan Co. | 8 | 26 | 130,436 | 2,194 |
| Pacific Co. #2 | 558 | 1,927 | 250,216 | 4,246 |
| Pend Oreille Co. | 265 | 917 | 104,555 | 1,777 |
| Skamania Co. | 233 | 751 | 109,079 | 1,715 |
| Snohomish Co. | 8,739 | 30,235 | 4,571,957 | 77,030 |
| Tillamook | 710 | 2,247 | 313,588 | 4,849 |
| Wahkiakum Co. | 73 | 235 | 33,289 | 526 |
| Whatcom Co. | 262 | 902 | 163,490 | 2,729 |
| **Total Public Utility Districts (28)** | 39,800 | $129,753 | 20,517,725 | $339,897 |

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued — 1990

| | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
|---|---|---|---|---|
| **Cooperatives** | | | | |
| Alder Mutual Light | 5 | $ 17 | 2,394 | $ 38 |
| Benton Rural Elec. Assn. | 620 | 2,033 | 290,205 | 4,265 |
| Big Bend Coop. | 770 | 2,419 | 383,180 | 3,706 |
| Blachly-Lane Coop. | 301 | 990 | 132,187 | 2,119 |
| Central Elec. Coop. | 805 | 2,585 | 342,711 | 5,150 |
| Clearwater Power Co. | 322 | 1,041 | 140,719 | 2,205 |

Table 2 continued

| | 1990 | | | |
|---|---|---|---|---|
| Columbia Basin Coop. | 220 | 709 | 111,395 | 1,564 |
| Columbia Power Coop. | 56 | 177 | 26,197 | 383 |
| Columbia Rural Elec. Assn. | 429 | 1,352 | 207,648 | 2,460 |
| Consumers Power | 755 | 2,430 | 322,212 | 5,041 |
| Coos-Curry Elec. Coop. | 561 | 1,805 | 256,324 | 4,022 |
| Douglas Elec. Coop. | 277 | 893 | 123,289 | 1,931 |
| East End Mutual Elec. | 37 | 122 | 17,115 | 246 |
| Elmhurst Mutual P&L | 511 | 1,766 | 227,791 | 3,896 |
| Fall River Elec. Coop. | 325 | 1,044 | 143,506 | 2,023 |
| Farmers Elec. Co. | 8 | 29 | 3,649 | 61 |
| Flathead Elec. Coop. | 318 | 1,021 | 147,454 | 2,293 |
| Glacier Elec. Coop. | 294 | 942 | 156,094 | 2,432 |
| Harney Elec. Coop. | 362 | 1,153 | 207,316 | 2,659 |
| Hood River Elec. Coop. | 190 | 653 | 90,613 | 1,544 |
| Idaho Co. L&P Coop. | 70 | 223 | 32,518 | 511 |
| Inland P&L | 1,016 | 3,271 | 463,031 | 7,294 |
| Kootenai Elec. Coop. | 411 | 1,318 | 190,819 | 2,974 |
| Lakeview L&P | 510 | 1,767 | 255,952 | 4,343 |
| Lane Elec. Coop. | 510 | 1,678 | 225,348 | 3,645 |
| Lincoln Elec. Coop.-MT | 174 | 572 | 81,623 | 1,305 |
| Lincoln Elec. Coop.-WA | 225 | 726 | 113,342 | 1,382 |
| Lost River Elec. Coop. | 129 | 414 | 62,306 | 740 |
| Lower Vally P&L | 892 | 2,868 | 398,125 | 6,262 |
| Midstate Elec. Coop. | 564 | 1,810 | 242,310 | 3,579 |
| Missoula Elec. Coop. | 264 | 852 | 124,741 | 1,925 |
| Nespelem Valley Elec. Coop. | 78 | 256 | 36,008 | 534 |
| Northern Lights | 445 | 1,442 | 233,795 | 3,654 |
| Ohop Mutual Light Co. | 96 | 313 | 41,975 | 680 |
| Okanogan County Coop. | 60 | 198 | 28,947 | 458 |
| Orcas P&L | 293 | 941 | 132,379 | 2,094 |
| Oregon Trail Elec. | 1,131 | 3,680 | 494,261 | 7,650 |
| Pacific NW Generating Co. | 15 | 52 | 2,857 | 50 |
| Parkland Light & Water | 199 | 688 | 98,010 | 1,673 |
| Peninsula Light Co. | 864 | 2,987 | 372,374 | 6,362 |
| Prairie Power Coop. | 25 | 79 | 10,317 | 136 |
| Raft River Elec. Coop. | 385 | 1,215 | 204,844 | 2,248 |
| Ravalli Elec. Coop. | 188 | 602 | 80,986 | 1,239 |
| Riverside Elec. Co. | 30 | 100 | 13,008 | 196 |
| Rural Elec. Co. | 169 | 571 | 80,731 | 1,227 |
| Salem Elec. | 653 | 2,256 | 319,337 | 5,402 |
| Salmon River Coop. | 406 | 1,332 | 242,495 | 3,798 |
| South Side Elec. Lines | 84 | 273 | 38,173 | 489 |
| Surprise Valley Elec. | 230 | 738 | 113,107 | 1,447 |
| Tanner Elec. | 80 | 255 | 35,353 | 560 |
| Umatilla Elec. Coop. | 1,055 | 3,453 | 575,330 | 7,646 |
| Unity P&L | 146 | 489 | 67,922 | 998 |
| Vigilante Elec. Coop. | 239 | 769 | 111,028 | 1,498 |
| Wasco Elec. Coop. | 199 | 644 | 86,342 | 1,305 |
| Wells Rural | 604 | 1,945 | 371,199 | 5,733 |
| West Oregon Coop. | 147 | 474 | 64,222 | 1,012 |
| **Total Cooperatives (56)** | 19,752 | $64,432 | 9,377,114 | $140,087 |

App. A, page 39 of 48
Plaintiff's Closing Argument

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued — 1990

| Aluminum Industry | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
|---|---|---|---|---|
| Alcoa | 2,950 | $ 13,702 | 1,736,050 | $ 27,055 |
| Columbia Aluminum Co. | 3,334 | 17,771 | 2,427,264 | 36,980 |
| Columbia Falls Aluminum Co. | 4,080 | 21,752 | 2,960,121 | 45,075 |
| Intalco Aluminum Co. | 5,416 | 28,866 | 3,953,994 | 60,842 |
| Kaiser Aluminum Co. | 7,267 | 37,951 | 5,236,953 | 80,871 |
| Northwest Aluminum Co. | 1,951 | 10,399 | 1,414,347 | 21,555 |
| Reynolds Metals Co. | 8,056 | 42,895 | 5,841,542 | 88,891 |
| Vanalco, Inc. | 2,698 | 14,374 | 1,955,192 | 29,612 |
| **Total Aluminum Industry (8)** | 35,752 | $187,710 | 25,525,463 | $390,881 |

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued — 1990

| Other Industries | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
|---|---|---|---|---|
| ACPC, Inc. | 20 | $ 78 | 6,995 | $ 121 |
| ATOCHEM North America/Pennwalt Corp. | 820 | 3,430 | 578,766 | 9,969 |
| Georgia Pacific Corp. | 320 | 1,274 | 191,909 | 3,496 |
| Gilmore Steel | 3 | 12 | 1,310 | 23 |
| Glenbrook Nickel Co. | 989 | 4,000 | 526,346 | 8,849 |
| Oregon Metallurgical | 143 | 592 | 89,109 | 1,546 |
| Port Townsend Paper | 160 | 666 | 94,962 | 1,630 |
| Stewart Eisner/Camp High Cliff | – | – | 8 | – |
| **Total Other Industries (8)** | 2,455 | $10,052 | 1,489,405 | $25,634 |

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued — 1990

| Investor-owned Utilities | Capacity Sales MW | Capacity Sales Revenue | Energy Sales MWH | Energy Sales Revenue |
|---|---|---|---|---|
| Colockum Transmission Co. | 397 | $ 182 | 949 | $ 10 |
| Idaho Power Co. | – | – | 227,117 | 2,257 |
| Montana Power Co. | 720 | 2,491 | 716,308 | 15,507 |
| Pacific Power & Light Co. | 14,937 | 50,865 | 1,617,407 | 24,000 |
| Portland General Elec. Co. | 4,691 | 13,699 | 1,612,404 | 37,762 |
| Portland General Exchange | 80 | 302 | 124,327 | 4,014 |
| Puget Sound P&L Co. | 2,210 | 3,175 | 2,394,876 | 58,688 |
| Washington Water Power | 1,040 | 2,637 | 1,040,842 | 23,671 |
| **Investor-owned Utilities (8)** | 24,075 | $73,351 | 7,734,230 | $165,909 |

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued

| 1990 | | | | | | |
|---|---|---|---|---|---|---|
| **Federal Agencies** | Capacity Sales MW | | Revenue | Energy Sales MWH | | Revenue |
| U.S. Department of Energy | 654 | $ | 2,263 | 399,111 | $ | 6,715 |
| U.S. Bureau of Mines | 14 | | 49 | 5,321 | | 92 |
| U.S. Air Force | 94 | | 323 | 46,481 | | 782 |
| U.S. Bureau of Reclamation | – | | – | 133,214 | | 484 |
| U.S. Bureau of Indian Affairs | 440 | | 1,523 | 183,039 | | 2,971 |
| U.S. Navy | 748 | | 2,589 | 402,004 | | 6,772 |
| **Total Federal Agencies (6)** | 1,950 | $ | 6,747 | 1,169,170 | $ | 17,816 |
| **Sales Within the NW Region (153)** | 139,191 | | $524,368 | 76,599,242 | | $1,262,742 |

**Sales of Electric Power (FCRPS)**
Revenue in Thousands of Dollars

Table 2 continued

| 1990 | | | | | | |
|---|---|---|---|---|---|---|
| **Sales Outside the Northwest Region** | Capacity Sales MW | | Revenue | Energy Sales MWH | | Revenue |
| Anaheim, CA-Public | – | $ | – | 375 | $ | 8 |
| B.C. Hydro-Public | – | | – | 27,525 | | 193 |
| Bountiful, UT-Public | – | | – | 1,385 | | 12 |
| Burbank, CA-Public | – | | – | 81,942 | | 1,351 |
| Cominco, LTD-Investor | 70 | | 74 | 580 | | 13 |
| Glendale, CA-Public | – | | – | 99,974 | | 1,811 |
| Los Angles, CA-Public | – | | – | 1,472,132 | | 26,367 |
| Nevada Power Co.-Investor | – | | – | 86,529 | | 1,767 |
| No. California Power Agency-Public | – | | – | 8,705 | | 138 |
| PG & E-Investor | – | | – | 2,894,121 | | 53,093 |
| Pasadena, CA-Public | – | | – | 80,682 | | 1,387 |
| Riverside, CA-Public | – | | – | 333 | | 7 |
| Sacramento, CA-Public | – | | – | 336,318 | | 6,515 |
| San Diego Gas & Elec.-Investor | – | | – | 382,531 | | 7,517 |
| Sierra Pacific Power Co.-Investor | – | | – | 280 | | 4 |
| So. Cal. Edison Co.-Investor | 403 | | 494 | 2,215,872 | | 40,782 |
| State of California-Public | – | | – | 541,888 | | 10,005 |
| Transalta Utilities Corp.-Investor | – | | – | 5,850 | | 59 |
| Turlock Irrig. Dist.-Public | – | | – | 8,916 | | 141 |
| WAPA-Federal | – | | – | 330,985 | | 6,506 |
| **Sales Outside the NW Region (20)** | 473 | $ | 568 | 8,576,923 | $ | 157,676 |
| **Sales of Electric Power (173)** | 139,664 | | $524,936 | 85,176,165 | | $1,420,418 |

# General Specifications of Projects

September 30, 1990

| Project | State | River | Initial Date In Service | Existing: No. of Units | Existing: Generating Capacity (MW) |
|---|---|---|---|---|---|
| Minidoka | Idaho | Snake | May 7, 1909 | 7 | 16 |
| Boise River Div. | Idaho | Boise | May 1912 | 3 | 2 |
| Black Canyon | Idaho | Payette | Dec. 1925 | 2 | 10 |
| Grand Coulee | Washington | Columbia | Sept. 28, 1941 | 24 | 6,684 |
| Anderson Ranch | Idaho | S. Fork Boise | Dec. 15, 1950 | 2 | 40 |
| Hungry Horse | Montana | S. Fork Flathead | Oct. 29, 1952 | 4 | 328 |
| Chandler | Washington | Yakima | Feb. 13, 1956 | 2 | 13 |
| Palisades | Idaho | Snake | Feb. 25, 1957 | 4 | 131 |
| Roza | Washington | Yakima | Aug. 31, 1958 | 1 | 13 |
| Grand Coulee PG (a) | Washington | Columbia | Dec. 30, 1974 | 6 | 300 |
| Teton (b) | Idaho | Teton | | -- | |
| **Total Bureau of Reclamation** | | | | 55 | 7,537 |
| Bonneville | OR-WA | Columbia | June 6, 1938 | 18 | 1,147 |
| Detroit | Oregon | North Santiam | July 1, 1953 | 2 | 115 |
| McNary | OR-WA | Columbia | Nov. 6, 1953 | 14 | 1,127 |
| Big Cliff | Oregon | North Santiam | June 12, 1954 | 1 | 21 |
| Lookout Point | Oregon | M. Fork Willamette | Dec. 16, 1954 | 3 | 138 |
| Albeni Falls | Idaho | Pend Oreille | Mar. 25, 1955 | 3 | 49 |
| Dexter | Oregon | M. Fork Willamette | May 9, 1955 | 1 | 17 |
| Chief Joseph | Washington | Columbia | Aug. 28, 1955 | 27 | 2,614 |
| The Dalles | OR-WA | Columbia | May 13, 1957 | 22 | 2,074 |
| Ice Harbor | Washington | Snake | Dec. 18, 1961 | 6 | 693 |
| Hills Creek | Oregon | M. Fork Willamette | May 2, 1962 | 2 | 35 |
| Cougar | Oregon | S. Fork McKenzie | Feb. 4, 1964 | 2 | 29 |
| Green Peter | Oregon | Middle Santiam | June 9, 1967 | 2 | 92 |
| John Day | OR-WA | Columbia | July 7, 1968 | 16 | 2,484 |
| Foster | Oregon | South Santiam | Aug. 22, 1968 | 2 | 23 |
| Lower Monumental | Washington | Snake | May 28, 1969 | 6 | 930 |
| Little Goose | Washington | Snake | May 19, 1970 | 6 | 930 |
| Dworshak | Idaho | N. Fork Clearwater | Sept. 18, 1974 | 3 | 460 |
| Lower Granite | Washington | Snake | Apr. 15, 1975 | 6 | 930 |
| Libby | Montana | Kootenai | Aug. 29, 1975 | 5 | 604 |
| Lost Creek | Oregon | Rogue | Dec. 1, 1975 | 2 | 56 |
| **Total Corps of Engineers** | | | | 149 | 14,568 |
| | | | | 204 | 22,105 |

(a) Grand Coulee Pumping Generation (b) Teton Dam ruptured June 5, 1976

| Authorized-Licensed | | Potential | | Project Totals | |
|---|---|---|---|---|---|
| No. of Units | Generating Capacity (MW) | No. of Units | Generating Capacity (MW) | No. of Units | Generating Capacity (MW) |
| – | – | – | – | 7 | 16 |
| – | – | – | – | 3 | 2 |
| – | – | – | – | 2 | 10 |
| – | – | 6 | 4,200 | 30 | 10,884 |
| – | – | 1 | 13 | 3 | 53 |
| – | – | 4 | 150 | 8 | 478 |
| – | – | – | – | 2 | 13 |
| – | – | 2 | 135 | 6 | 266 |
| – | – | – | – | 1 | 13 |
| – | – | – | – | 6 | 300 |
| 3 | 30 | – | – | 3 | 30 |
| 3 | 30 | 13 | 4,498 | 71 | 12,065 |
| 3 | 8 | – | – | 21 | 1,155 |
| – | – | – | – | 2 | 115 |
| 6 | 768 | – | – | 20 | 1,895 |
| – | – | – | – | 1 | 21 |
| – | – | – | – | 3 | 138 |
| – | – | – | – | 3 | 49 |
| – | – | – | – | 1 | 17 |
| – | – | 6 | 525 | 33 | 3,139 |
| – | – | – | – | 22 | 2,074 |
| – | – | – | – | 6 | 693 |
| – | – | – | – | 2 | 35 |
| 1 | 35 | – | – | 3 | 64 |
| – | – | – | – | 2 | 92 |
| 4 | 540 | – | – | 20 | 3,024 |
| – | – | – | – | 2 | 23 |
| – | – | – | – | 6 | 930 |
| – | – | – | – | 6 | 930 |
| 3 | 660 | – | – | 6 | 1,120 |
| – | – | – | – | 6 | 930 |
| – | – | 3 | 315 | 8 | 919 |
| – | – | – | – | 2 | 56 |
| 17 | 2,011 | 9 | 840 | 175 | 17,419 |
| 20 | 2,041 | 22 | 5,338 | 246 | 29,484 |

# Organization Chart

**ADMINISTRATOR (A)**
James J. Jura
**DEPUTY ADMINISTRATOR**
Jack Robertson
**EXECUTIVE ASSISTANT ADMINISTRATOR**
Steven G. Hickok
**SENIOR ASSISTANT ADMINISTRATOR**
Edward W. Sienkiewicz, Jr.

**INFORMATION RESOURCES MANAGEMENT (AI)**
Mgr., Paul O. Crabtree
Deputy Mgr., Wallace E. Helm
Info. Svcs. Mgr., Gary L. Ragsdale

**WASHINGTON, DC (AC)**
**Assistant Administrator**
Stephen J. Wright
**Deputy Assistant Administrator**
Roger E. Seifert

**OFFICE OF FINANCIAL MANAGEMENT (D)**
**Assistant Administrator**
Stephen A. Aishie
**Administrative Officer (DA)**
Terri L. Bull

**DIVISION OF FINANCE AND BUDGET (DR)**
Dir., Shirley R. Melton
**DIVISION OF ACCOUNTING AND FINANCIAL SYSTEMS (DS)**
Dir., Herb C. Kuhn

**OFFICE OF ENGINEERING (E)**
**Assistant Administrator**
Charles F. Clark
**Deputy Assistant Administrator**
Clifford C. Perigo
**Program Management Officer (EB)**
William M. Hoberg
**Administrative Officer (EBA)**
Rita Owen
**Research and Development (E)**
Mgr., Walter E. Myers

**DIVISION OF ELECTRICAL & ELECTRONIC ENGINEERING (EE)**
Dir., Milton J. Brown
**DIVISION OF FACILITIES ENGINEERING (EF)**
Dir., Gary A. Parks
**DIVISION OF LABORATORIES (EL)**
Dir., Ingo P. Thurein
**DIVISION OF SYSTEM PLANNING (EO)**
Dir., Dean E. Perry

**OFFICE OF OPERATIONS, MAINT. & CONSTRUCTION (M)**
**Assistant Administrator**
James L. Jones
**Deputy Assistant Administrator**
Michael L. Holm
**Program Management Officer (MB)**
Dwight M. Raikoglo
**Administrative Officer (MA)**
Donna E. Peterson

**DIVISION OF CONSTRUCTION (MK)**
Dir., Lyndon E. Bradshaw
**DIVISION OF SYSTEM MAINTENANCE (MM)**
Dir., Frederick M. Johnson
**DIVISION OF SYSTEM OPERATIONS (MO)**
Dir., Darrel G. VanCoevering

**AREA EXECUTIVE OFFICER (VH)**
John E. Kiley

**LOWER COLUMBIA AREA (L)**
**Area Manager**
George E. Gwinnutt
**Deputy Area Manager**
Thomas M. Noguchi

**POWER MANAGEMENT (LC)**
Asst. Area Mgr., Philip A. Livesley
**OPERATIONS & MAINTENANCE (LD)**
Asst. Area Mgr., Robert G. Nichols
**ENGINEERING (LE)**
Asst. Area Mgr., Edward A. Peterson
**MANAGEMENT SERVICES (LA)**
Asst. Area Mgr., Frances L. Gebhardt
**EUGENE DISTRICT (LG)**
Dist. Mgr., Robert N. Laffel

**PUGET SOUND AREA (T)**
**Area Manager**
Terence G. Esvelt
**Deputy Area Manager**
L. Kirk Hall

**POWER MANAGEMENT (TC)**
Asst. Area Mgr., George T. Reich
**OPERATIONS & MAINTENANCE (TD)**
Asst. Area Mgr., Donald W. Spragg
**ENGINEERING (TE)**
Asst. Area Mgr., Hugh B. Starkey
**CONSERVATION**
Asst. Area Mgr., Frank E. Brown
**MANAGEMENT SERVICES (TA)**
Asst. Area Mgr., Lynda M. Boetcher

GENERAL COUNSEL (AP)
Harvard P. Spigal
ASSISTANT GENERAL COUNSEL (RESOURCES)
Preston D. Michie
ASSISTANT GENERAL COUNCIL (POWER SALES)
James O. Luce
ASSISTANT GENERAL COUNSEL (RATES)
Randy A. Roach

ASSISTANTS TO THE ADMINISTRATOR
CONTRACTS AND PROBERTY MANAGEMENT (AE)
Norman L. Linscott
EQUAL OPPORTUNITY PROGRAMS (AH)
Curtis B. Kirkpatrick
ENVIRONMENT (AJ)
Anthony R. Morrell
INTERNAL AUDIT (AK)
Jack L. Strayer
EXTERNAL AFFAIRS (AL)
Lee F. Johnson
COUNCIL LIAISON (AR)
Larry C. Larson
Administrative Officer (AB)
Russell E. Walker

OFFICE OF POWER SALES (P)
Assistant Administrator
Walter E. Pollock, III
Deputy Assistant Administrator
James H. Curtis
Program Management Officer (PA)
Evelyn M. Nicholson
Administrative Officer (PA)
Ruth Hiraki

DIVISION OF FISH AND WILDLIFE (PJ)
Dir., John R. Palensky
DIVISION OF CONTRACTS AND RATES (PM)
Dir., Sydney D. Berwager
DIVISION OF POWER SUPPLY (PS)
Dir., Robert D. Griffin
COORDINATION & REVIEW OFFICER (PG)
Roy B. Fox
CALIFORNIA MARKETING REPRESENTATIVE (PC)
(Vacant)

OFFICE OF ENERGY RESOURCES (R)
Assistant Administrator
Sue F. Hickey
Deputy Assistant Administrator
Gary L. Fuqua
Program Management Officer (RA)
Barry W. Hirsch
Administrative Officer (RA)
Roberta J. Pitts

DIVISION OF RESOURCE MANAGEMENT (RM)
Dir., John L. Elizalde
DIVISION OF NUCLEAR PROJECTS (RN)
Dir., James R. Lewis
DIVISION OF RESOURCE PLANNING (RP)
Dir., Charles E. Meyer

OFFICE OF MANAGEMENT SERVICES (S)
Assistant Administrator
George E. Bell
Deputy Assistant Administrator
David E. Dunahay
Program Management Officer (SA)
Russell C. Johnson
Administrative Officer (SA)
Young S. Edgerly

DIVISION OF PERSONNEL MANAGEMENT (SP)
Dir., Roy P. Smithey
DIVISION OF MATERIALS AND PROCUREMENT (SR)
Dir., Howard F. Perry
DIVISION OF ADMINISTRATIVE SERVICES (SS)
Dir., Steven C. Kallio
MANAGEMENT ANALYSIS (SM)
Mgr., Richard L. Perlas
SAFETY (SI)
Mgr., A. A. Stanford

UPPER COLUMBIA AREA (U)
Area Manager
Wayne R. Lee
Deputy Area Manager
Frederic D. Rettenmund

POWER MANAGEMENT (UC)
Asst. Area Mgr., Arthur A. Harlow
OPERATIONS & MAINTENANCE (UD)
Asst. Area Mgr., Earl C. Schoer
ENGINEERING (UE)
Asst. Area Mgr., Paul E. Eichin
MANAGEMENT SERVICES (UA)
Asst. Area Mgr., Randy L. Ridenhour
MONTANA DISTRICT (UM)
Dist. Mgr., George E. Eskridge
WENATCHEE DISTRICT (UW)
Dist. Mgr., Ronald K. Rodewald

SNAKE RIVER AREA (W)
Area Manager
Thomas V. Wagenhoffer
Deputy Area Manager
Patrick G. McRae

POWER MANAGEMENT (WC)
Asst. Area Mgr., Robert A. Rogers
OPERATIONS & MAINTENENCE (WD)
Asst. Area Mgr., Truman W. Conn
ENGINEERING (WE)
Asst. Area Mgr., Robert R. Goranson
MANAGEMENT SERVICES (WA)
Asst. Area Mgr., Allan D. Polvi
IDAHO FALLS DISTRICT (WI)
Dist. Mgr., Richard J. Itami
BOISE DISTRICT (WL)
Dist. Mgr., Thomas H. Blankenship

Bonneville Power Administration
September 17, 1990

# Administration Offices



**BPA Headquarters**
Public Involvement Office
905 N.E. 11th Street
Seventh Floor
P.O. Box 12999
Portland, Oregon 97212
(503) 230-3478
Toll-free lines:
Oregon (800) 452-8429
Other Western States (800) 547-6048

**Lower Columbia Area**
1500 N.E. Irving Street, Suite 243
P.O. Box 3621
Portland, OR 97208
(503) 230-4552

**Eugene District Office**
U.S. Federal Building, Room 206
211 E. 7th Avenue
Eugene, OR 97401
(503) 465-6952

**Upper Columbia Area**
U.S. Courthouse, Room 561
W. 920 Riverside Avenue
Spokane, WA 99201
(509) 353-2518

**Wenatchee District**
301 Yakima Street, Room 307
P.O. Box 741
Wenatchee, WA 98807
(509) 662-4377

**Montana District**
800 Kensington
Missoula, MT 59801
(406) 329-3060

**Puget Sound Area**
201 Queen Anne Avenue North,
Suite 400
P.O. Box C-19030
Seattle, WA 98109-1030
(206) 553-4130

**Snake River Area**
101 W. Poplar
Walla Walla, WA 99362
(509) 522-6225

**Idaho Falls District**
1527 Hollipark Drive
Idaho Falls, ID 83401
(208) 523-2706

**Boise District**
304 N. 8th Street, Room 450
Boise, ID 83702
(208) 334-9137

**Washington, D.C. Office**
Bonneville Power Administration
Forrestal Building, Room 8G033
1000 Independence Avenue, S.W.
Washington, D.C. 20585
(202) 586-5640

**California Office**
1330 Broadway, Suite 415
Oakland, CA 94612
(415) 273-6111

# Profile and Mission Statement

## Profile

Congress enacted the Bonneville Project Act in 1937, creating the Bonneville Power Administration to market and transmit the power produced by Bonneville Dam on the Columbia River. Since then, Congress has directed BPA to sell at wholesale the power produced at a total of 30 Federal dams in the Pacific Northwest, and to acquire conservation and generating resources sufficient to meet the needs of BPA's customer utilities.

The dams and the electrical system are known as the Federal Columbia River Power System.

Bonneville sells wholesale power to public and private utilities, rural cooperatives, large industries, and Federal agencies. BPA also sells or exchanges power with utilities in California.

BPA uses revenues from the sale of power and transmission services to recover its own expenses, to repay the Federal investment in the power system, and to pay for the resources it has acquired. BPA pays for operation and maintenance expenses at the Federal dams and at non-Federal power plants. It also pays for irrigation benefits of Federal projects allocated to power to repay, and for fish and wildlife projects which offset damage to these resources by the Federal hydropower system.

## Mission Statement

BPA will work in a regional partnership to define and achieve the electric power, conservation, and fish and wildlife objectives of the Pacific Northwest. We will provide our customers a low-cost, reliable, and environmentally sound power supply and transmission system. We will do so in an open and businesslike way, responsive to citizens' concerns and to our obligations as a Federal agency. We will provide creative leadership and fulfill our responsibilities with professional excellence.



DOE/BP-1534
January 1991
2.5M