UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA,**

Defendant.

Case No. 05-1042 C

Judge Charles F. Lettow

**PLAINTIFF'S REPLY ON MOTION TO CORRECT TRIAL TRANSCRIPT**

It is an impressive testament to the highly competent recording and transcription of the record in this case that for more than 800 pages of the trial transcript there are no proposed corrections. In the less than 2% of the pages on which any correction is proposed, there is no opposition from the defendant except to question whether "post hoc review" is appropriate. That would appear to be the only method of review possible.

The Court retains control of the reporter's conduct, pursuant to Rule 80.1(b) of the Rules of the United States Court of Federal Claims. Pursuant to that authority the Court should allow the corrections as proposed by the Plaintiff in its Motion (docket 66).

/ / / / /

/ / / / /

/ / / / /

Respectfully submitted this 22nd day of January, 2008

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker
By:______________________________

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiff
**THE DALLES**
**IRRIGATION DISTRICT**

**Certificate of Filing**

I hereby certify that on the 22nd day of January, 2008, a copy of the foregoing "Plaintiff's Reply on Motion to Correct Trial Transcript" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

**Arden E. Shenker,** OSB No. 62082
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015
Email: ashenker@ashenkeresq.com
Attorneys for Plaintiff: **THE DALLES IRRIGATION DISTRICT**