UNITED STATES COURT OF FEDERAL CLAIMS

**THE DALLES IRRIGATION DISTRICT**,

Plaintiff,

**v.**

**THE UNITED STATES OF AMERICA,**

Defendant.

Case No. 05-1042 C

Judge Charles F. Lettow

**Plaintiff's Response to Defendant's Motion on Appendices to Plaintiff's Closing**

Defendant's Motion is without support in law and procedurally deficient. The sufficient answer to the defendant's motion is in footnote #1 thereto, in which the defendant concedes that the Court had requested such materials.

Without the materials having been provided by any of the parties, of course, the Court would have had the authority to take judicial notice of the materials, pursuant to Rule 201 of the Federal Rules of Evidence.

/ / / / /

/ / / / /

/ / / / /

Respectfully submitted this 4th day of March, 2008

SHENKER & BONAPARTE, LLP

/s/ Arden E. Shenker

By:______________________________

**Arden E. Shenker**
OSB No. 62082
ashenker@ashenkeresq.com
Shenker & Bonaparte, LLP
1500 SW First Avenue, Suite 630
Portland, OR 97201
Telephone: 503-294-1118
Facsimile: 503-294-0015

Attorneys for Plaintiff
**THE DALLES**
**IRRIGATION DISTRICT**