IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: May 29, 2008)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion to Correct Trial Transcript, along with defendant's opposition to that motion and plaintiff's reply.

The court requests that the court reporter examine the recorded testimony and verify whether the examining counsel said at page 376, line five, "17,834" rather than "1,784." In addition, at page 611, lines 21 and 23, and page 612, lines 4, 11, 15, and 20, the headers "The Witness" and "The Court" appear to have been transposed, as the court recalls the questions and responses by the witness. The reporter is asked to verify that the transcript reflects such a transposition.

The clerk is directed to contact the reporter to arrange for the verification. The reporter is requested to respond to this request on or before June 10, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge