IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: June 27, 2008)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion to Correct Trial Transcript, along with defendant's opposition to that motion and plaintiff's reply.

For good cause shown, plaintiff's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge