IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: June 27, 2008)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Motion For Leave to File Defendant's Objection to the Court's Consideration of Appendices A-D of Plaintiff's Closing Argument. Defendant objects to the court's consideration of appendices A-D to plaintiff's closing brief, alleging that the appendices constitute additional evidence outside the evidentiary record.

This court may take judicial notice of Appendices A-D even though they were not presented until the close of the evidentiary record. Judicial notice may be taken at "any stage of the proceeding." Fed. R. Evid. 201(f). Rule 201(f) allows a trial court to take judicial notice after trial and close of the evidentiary record. *See Group One, Ltd. v. Hallmark Cards, Inc.*, 407 F.3d 1297, 1306 (Fed. Cir. 2005) (holding that a district court could take judicial notice of a patent reinstatement after the close of trial). Here, the documents involved are public records not subject to reasonable dispute. Fed. R. Evid. 201(b). In addition, the documents were presented at the onset of the post-trial briefing, providing defendant with adequate opportunity to respond. Accordingly, defendant's motion for leave to file objection is GRANTED but the objection is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge