IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DALLES IRRIGATION DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1042C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 27, 2008 Opinion and Order, the parties conferred on damages. The parties are unable to agree.

The Government believes that The Dalles Irrigation District ("District") owes it approximately $48,000 for 1998-2007, and The District believes that the Government owes it several hundred thousand dollars. Accordingly, the parties respectfully request that the Court set a trial date to determine damages.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Arden E. Shenker
ARDEN E. SHENKER
Shenker & Bonaparte, LLP
1500 SW 1st Avenue #630
Portland, OR 97201
Tel: 503-294-1118
Fax: 503-294-0015

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

August 19, 2008

## CERTIFICATE OF FILING

I hereby certify that on this 19th day of August, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando A. Rodriguez-Feo