IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1042C

(Filed: August 26, 2008)

THE DALLES IRRIGATION DISTRICT,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court will hold a status conference by telephonic means on September 26, 2008, commencing at 2:30 p.m., EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge